# Exhibit A

Declaration of Michael A. Polkinghorne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., | ) |
| *Petitioner,* | ) |
| v. | ) |
| REPUBLIC OF THE CONGO, | ) |
| *Respondent.* | ) |

### DECLARATION OF MICHAEL A. POLKINGHORNE

I, Michael A. Polkinghorne, declare as follows:

1. I am a partner in the Paris, France office of White & Case LLP, counsel to Commissions Import Export, S.A. ("Commisimpex") in this action. I am admitted to the Bars of Paris, England and Wales, and South Australia. I submit this declaration in support of Commisimpex's Petition to Confirm an Arbitral Award.

2. On April 17, 2009, Commisimpex filed a Request for Arbitration before the International Court of Arbitration of the International Chamber of Commerce ("ICC") (Paris) against the Republic of the Congo ("the Congo"). On January 21, 2013, the ICC arbitral tribunal rendered an award against the Congo (the "Final Award"), which is the subject of this Petition. The Final Award is attached hereto as **Exhibit 1** (original French with English translation).

3. The law applicable to this arbitration (the "Arbitration") was French law. The place of the Arbitration was Paris.

4. The basis of Commisimpex's claims in the Arbitration was an agreement signed on August 23, 2003 between Commisimpex and the Congo providing for the payment by the

Congo of the totality of its debt owed to Commisimpex (the "2003 Protocol"). Previously, the same parties had entered into another agreement providing for the payment of unpaid promissory notes by the Congo to Commisimpex (the "1992 Protocol"). The 1992 Protocol included a dispute resolution clause providing for arbitration under the arbitration rules of the ICC. This clause, Article 10, of the 1992 Protocol is attached hereto as **Exhibit 2** (original French with English translation).

5. In the Arbitration, the Congo challenged the jurisdiction of the arbitral tribunal. This led to the bifurcation of the arbitration proceedings.

6. On August 20, 2010, the arbitral tribunal rendered its jurisdictional award (the "Award on Jurisdiction"), accepting Commisimpex's argument that the arbitration clause contained in the 1992 Protocol extended to the 2003 Protocol and thus provided the tribunal with jurisdiction to hear the claims. The dispositive section of the Award on Jurisdiction is attached hereto as **Exhibit 3** (original French with English translation).

7. The Arbitration thus proceeded to the merits stage, and the tribunal issued the Final Award against the Congo on January 21, 2013. In the Final Award, Commisimpex was awarded € 222,749,598.82 plus interest at the rate of 10%, running from December 31, 2003 until the date of full payment of the awarded sums, compounded annually on December 31. *See* Final Award at page 79, Dispositive Section, Item 10 (**Exhibit 1**).

8. In the Final Award, the tribunal also held that the Congo should reimburse Commisimpex € 1,956,425 (a portion of Commisimpex's legal expenses). *See* Final Award, Article 321 (**Exhibit 1**). The Final Award states:

> With regards to the legal fees incurred by the parties, the Arbitral Tribunal holds that the Republic of the Congo be ordered to reimburse 75% of the reasonable expenses of Commisimpex and that Commisimpex must be ordered to reimburse to the Republic of the Congo 25% of its reasonable expenses. . . . In this case, the

> Arbitral Tribunal believes that given the characteristics of the dispute, the reasonable amount of the Commisimpex fees must be reduced to 3,500,000 Euros. Therefore the Republic of the Congo must be ordered to reimburse 75% of the reasonable amount of the Commisimpex fees, i.e. 3,500,000 Euros x 75% = 2,625,000 Euros, and Commisimpex must be ordered to reimburse the Republic of the Congo for 25% of its expenses, i.e. 2,674,300 Euros x 25% = 668,575 Euros. As a result, the Republic of the Congo shall be ordered to reimburse Commisimpex the amount of 2,625,000 Euros – 668,575 Euros = 1,956,425 Euros as legal fees.

*See also* Final Award at page 80, Dispositive Section, Item 13 (**Exhibit 1**).

9. The tribunal further held that the Congo should reimburse Commisimpex US$ 855,000 (a portion of the ICC arbitration costs). *See* Final Award, Article 320 (**Exhibit 1**).

The Final Award states:

> The Arbitral Tribunal holds that the Republic of the Congo must bear 75% of the arbitration costs, determined by the International Court of Arbitration to be US$ 1,140,000. Since Commisimpex advanced 100% of the funds, the Republic of the Congo therefore must pay Commisimpex US$ 855,000 as arbitration costs.

*See also* Final Award at pages 79-80, Dispositive Section, Items 11 and 12 (**Exhibit 1**).

10. To the best of my knowledge, information and belief, the Congo has not paid to Commisimpex any of the sums awarded by the arbitral tribunal in its Final Award.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of May, 2013 in Paris, France.

_____
Michael A. Polkinghorne

3