CO-386-online
10/03

# United States District Court
# For the District of Columbia

Commissions Import Export S.A.   )
                                  )
                                  )
                                  )
             vs   Plaintiff       )   Civil Action No._____
                                  )
Republic of the Congo             )
                                  )
                                  )
             Defendant            )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Commissions Import Export S.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Commissions Import Export S.A.__ which have any outstanding securities in the hands of the public:

None. Further, there is no publicly held corporation owning 10% or more of the common stock of Commissions Import Export S.A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

442161
_____
BAR IDENTIFICATION NO.

Francis A. Vasquez, Jr.
_____
Print Name

701 Thirteenth St. NW
_____
Address

Washington    DC          20005
_____
City          State       Zip Code

(202) 626-3600
_____
Phone Number