UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMISSIONS IMPORT EXPORT S.A., | ) ) ) | |
| *Petitioner*, | ) ) | Civil Action No. 1:13-cv-713-RLW |
| v. | ) ) | |
| REPUBLIC OF THE CONGO, | ) ) | |
| *Respondent*. | ) ) ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR
DEFAULT JUDGMENT AND CONFIRMATION OF ARBITRAL AWARD**

Petitioner Commissions Import Export S.A. ("Commisimpex") respectfully submits this Memorandum in Support of its Motion for Default Judgment and Confirmation of Arbitral Award against Respondent, Republic of the Congo ("the Congo"), and states as follows:

On May 15, 2013, Petitioner filed the underlying Petition to Confirm Arbitral Award ("Petition"). The Petition was accompanied by a declaration of Michael A. Polkinghorne, stating that the arbitral award was rendered by the International Court of Arbitration of the International Chamber of Commerce on January 21, 2013, and that the Congo has not paid Commisimpex any of the sums awarded by the arbitral tribunal in the award. *See* Polkinghorne Declaration ¶¶ 2, 10 (Docket Entry No. 1, Attachment 3). As stated in the Petition, pursuant to 28 U.S.C. § 1605(a)(6), Respondent is not entitled to sovereign immunity because this is an action to confirm an arbitral award governed by the 1958 Convention on the Recognition and Enforcement of Foreign Arbitral Awards, implemented at 9 U.S.C. §§ 201, *et seq.*

On May 30, 2013, pursuant to 28 U.S.C. § 1608(a)(3), Petitioner caused the Clerk to serve one copy of the Summons, Notice of Suit, and Petition to Confirm Arbitral Award,

together with all attachments and translations into the official language of the Congo, on the head of the Ministry of Foreign Affairs of the Congo, by DHL shipment.  *See* Exhibit A.  According to the DHL tracking record, the Petition was received and signed for on June 3, 2013.  *See* Exhibit B.

Under 28 U.S.C. § 1608(d), a foreign state must serve "an answer or other responsive pleading to the complaint within sixty days after service has been made under this section."  The sixty day period for filing a responsive pleading ended on August 2, 2013.  Petitioner has filed a Return of Service with the Court, verifying that service was completed on June 3, 2013.

Given the foregoing undisputed facts and applicable law, Petitioner moves for the Court to enter a judgment of default against the Congo pursuant to 28 U.S.C. § 1608(e) and Rule 55(b)(2) of the Federal Rules of Civil Procedure.  Petitioner requests that the default judgment confirm the arbitral award in the amount of:

- €222,749,598.82;

- interest on the awarded sum at a rate of 10%, running from December 31, 2003, until the date of full payment, compounded annually on December 31;

- €1,956,425 for reimbursement of a portion of Claimant's legal expenses in the arbitration proceedings; and

- US$ 855,000, representing a portion of the International Chamber of Commerce arbitration costs.

Petitioner further requests that the default judgment award Petitioner costs of this proceeding, including reasonable attorneys' fees.

Dated: September 3, 2013  
      Washington, DC

Respectfully submitted,

**WHITE & CASE** LLP

/s/ Francis A. Vasquez, Jr.  
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)  
Jonathan C. Ulrich (D.C. Bar No. 500832)  
Nicolle E. Kownacki (D.C. Bar No. 1005627)  
701 Thirteenth Street, N.W.  
Washington, D.C. 20005  
Telephone: (202) 626-3600  
Facsimile: (202) 639-9355  
fvasquez@whitecase.com  
julrich@whitecase.com  
nkownacki@whitecase.com