AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A. )<br>*Plaintiff* )<br>v. )<br>REPUBLIC OF THE CONGO )<br>*Defendant* ) | Civil Action No. 13-cv-00713-RLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Petitioner's Motion for Default Judgment and Confirmation of Arbitral Award is GRANTED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert L. Wilkins  on a motion for Default Judgment as to Petition to Confirm Arbitral Award

Date:  09/30/2013

*ANGELA D. CAESAR, CLERK OF COURT*

/s/ Terri C. Barrett
*Signature of Clerk or Deputy Clerk*