UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., ) | |
| ) | |
| *Petitioner*, ) | |
| ) | Civil Action No. 1:13-cv-713-RLW |
| v. ) | |
| ) | |
| REPUBLIC OF THE CONGO, ) | |
| ) | |
| *Respondent*. ) | |

**AMENDED ORDER AND JUDGMENT**

Upon consideration of Petitioner Commissions Import Export S.A. ("Petitioner")'s Petition to Confirm Arbitral Award (Dkt. No. 1) and Motion for Default Judgment and Confirmation of Arbitral Award (Dkt. No. 12), along with the Memorandum and evidentiary submissions filed in support thereof, it is hereby:

**ORDERED** that the Petitioner's Motion for Default Judgment and Confirmation of Arbitral Award is **GRANTED**; it is

**FURTHER ORDERED** that the final arbitral award issued on January 21, 2013, by the International Chamber of Commerce, International Court of Arbitration, in the matter denominated *Commissions Import Export S.A. v. Republic of the Congo*, Case No. 16257/EC/ND/MCP, is hereby **CONFIRMED**, pursuant to the Federal Arbitration Act, 9 U.S.C. § 207 and in consideration of 28 U.S.C. § 1605(a)(6); and it is

**FURTHER ORDERED** that judgment is hereby entered in favor of Petitioner and against Respondent, Republic of the Congo, in the amounts of: € 567,184,160.72 and US$ 855,000. These amounts reflect the sum total of the following:

- the awarded sum of € 222,749,598.82;

- interest on the awarded sum at a rate of 10%, running from December 31, 2003, compounded annually on December 31, through the date of this Judgment, October 9, 2013, for a total interest award of € 342,478,136.90;

- € 1,956,425 for reimbursement of a portion of Claimant's legal expenses in the arbitration proceedings; and

- US$ 855,000, representing a portion of the International Chamber of Commerce arbitration costs.

It is **FURTHER ORDERED** that the Court hereby **CONFIRMS** the award of post-award interest in favor of Petitioner, and, pursuant to 28 U.S.C. § 1961, **ENTERS** judgment for post-judgment interest at the statutory rate, from the date of this Judgment until the date of full payment.

SO ORDERED.

Date:  October 9, 2013

_____
Hon. Robert L. Wilkins
Judge, U.S. District Court for the
District of Columbia