AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Commissions Import Export S.A.<br>*Plaintiff*<br>v.<br>Republic of the Congo,<br>*Defendant* | ) ) ) ) ) | Case No.  1:13-cv-713-RLW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

respondent Republic of the Congo

Date: 9/24/2014

*Attorney's signature*

Robert A. Schwinger
*Printed name and bar number*

Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY  10019
*Address*

RSchwinger@chadbourne.com
*E-mail address*

(212) 408-5364
*Telephone number*

(646) 710-5364
*FAX number*