UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

COMMISSIONS IMPORT EXPORT S.A.,

                    *Petitioner,*

                v.          Civil Action No. 1:13-cv-713-RLW

REPUBLIC OF THE CONGO,

                    *Respondent.*

---

**NOTICE OF MOTION AND MOTION OF RESPONDENT
TO VACATE AMENDED DEFAULT JUDGMENT**

Respondent Republic of the Congo respectfully moves this Court, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, to vacate the Amended Default Judgment entered October 9, 2013 (Dkt. No. 18) because this default judgment is void under Rule 60(b)(4) for lack of both subject-matter jurisdiction and personal jurisdiction, and/or for reasons of inadvertence and excusable neglect under Rule 60(b)(1), arising from the manner in which the Petition herein was purportedly served.

As grounds therefor, Respondent respectfully refers the Court to its supporting Memorandum of Law filed herewith, and the accompanying Declaration of Robert A. Schwinger in Support of Motion to Vacate Amended Default Judgment executed September 24, 2014, and the exhibits thereto; Declaration of Marc Suskin in Support of Motion to Vacate Amended Default Judgment executed September 24, 2014, and the exhibits thereto; Declaration of Gaston Mossa executed September 18, 2014, and the exhibits thereto (with certified translations

appended); Declaration of Gilbert Ondongo executed September 15, 2014 (with certified translation appended); and the Declaration of Boaz S. Morag, executed September 23, 2014.

A proposed order is also submitted herewith.

Pursuant to LCvR 7(g), this motion is accompanied by a verified answer presenting a defense sufficient to bar the claim in whole or in part.

Respondent respectfully requests oral argument of this motion.

Dated:   September 24, 2014

                                   Respectfully submitted,

                                   CHADBOURNE & PARKE LLP

By   */s/ Robert A. Schwinger*
     Robert A. Schwinger (DC Bar ID # NY0092)
          Rachel Thorn
          Marc Suskin
      Members of the Firm
   Attorneys for Respondent
     Republic of the Congo
1301 Avenue of the Americas
New York, NY  10019
(212) 408-5100
*rschwinger@chadbourne.com*
*rthorn@chadbourne.com*
*msuskin@chadbourne.com*

Dana Frix
CHADBOURNE & PARKE LLP
1200 New Hampshire Avenue, N.W.
Washington, DC  20036
Tel. (202) 974-5600

Of Counsel