UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., <br><br> *Petitioner,* <br><br> v. <br><br> REPUBLIC OF THE CONGO, <br><br> *Respondent.* | Civil Action No. 1:13-cv-713-RLW |

**DECLARATION OF ROBERT A. SCHWINGER IN SUPPORT OF
RESPONDENT'S MOTION TO VACATE AMENDED DEFAULT JUDGMENT**

I, Robert A. Schwinger, make this declaration pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Chadbourne & Parke LLP, attorneys for Respondent Republic of the Congo ("the Congo") in the above-captioned action. As such, I am fully familiar with the facts set forth herein. I make this declaration in support of the Congo's motion to vacate amended default judgment, on the basis of my personal knowledge and from my review of filed documents accessible on PACER and/or in the records of papers filed in arbitration proceedings referenced herein to which the Congo was a party.

**Documents from and Relating to This Action**

2. Attached hereto as Exhibit 1 is a true and complete copy of Respondent's Verified Answer to Petitioner's Petition to Confirm Arbitral Award, which will be filed in this action concurrently with the Congo's motion to vacate amended default judgment, pursuant to this Court's LCvR 7(g).

3. Attached hereto as Exhibit 2 is a true and complete copy of the Petition to Confirm Arbitral Award, without exhibits, that was filed in this action at Dkt. No. 1.

4. Attached hereto as Exhibit 3 is a true and complete copy of the "Final Award" dated January 21, 2013, issued in the ICC arbitration proceeding *Commissions Import Export S.A. v. Republic of the Congo*, ICC Case No. 16257/EC/ND/MCP, as was filed in this action at Dkt. No. 1-4, consisting of Exhibit 3A (original French language document), and Exhibit 3B (English translation) both previously filed with this Court.

5. Attached hereto as Exhibit 4 is a true and complete copy of a "Partial Award" on jurisdictional issues dated August 20, 2010, issued in the ICC arbitration proceeding referenced in ¶ 4 *supra*, consisting of Exhibit 4A (original French language document) and Exhibit 4B (certified English translation of paragraphs 17-18, 117, 135, and 145 thereof, with translator's certification appended thereto).

6. Attached hereto as Exhibit 5 is a true and complete copy of Protocol No. 706, dated August 23, 2003, purportedly entered into between the Congo and Commissions Import Export S.A. ("Commisimpex"), which was the subject of and made part of the record in the ICC arbitration proceeding referenced in ¶ 4 *supra*, consisting of Exhibit 5A (original French language document) and Exhibit 5B (English translation).

7. Attached hereto as Exhibit 6 is a true and complete copy of a Certificate of Mailing filed in this action on May 30, 2013, as Dkt. No. 8.

8. Attached hereto as Exhibit 7 is a true and complete copy of a Certificate of Mailing filed in this action on June 3, 2013, as Dkt. No. 10.

2

CPAM: 6962781.4

9.   Attached hereto as Exhibit 8 is a true and complete copy of the Return of Service filing made by the Petitioner in this action on August 28, 2013, as Dkt. No. 11.

**Documents from and Relating to a Prior**
**Litigation Between the Parties in This Court**

10.   Attached hereto as Exhibit 9 is a true and complete copy of an English translation of the "Final Arbitration Award" dated December 12, 2000, issued in the ICC arbitration proceeding *Commisimpex S.A. v. Republic of the Congo & Caisse Congolaise D'Amortissement*, Case No. 9899/AC/DB, that was filed in the action *Commissions Import Export S.A. v. Republic of the Congo et al.*, No. 1:12-cv-00743 (U.S.D.C.-D.D.C.) (the "2012 Action"), as Dkt. No. 1-1 therein.

11.   Attached hereto as Exhibit 10 is a true and complete copy of Protocol No. 566 dated October 14, 1992, entered into by the Congo and Commisimpex, that was filed with this Court in the 2012 Action as Dkt. No. 37-20 therein, consisting of original French and English translation.

12.   Attached hereto as Exhibit 11 is a true and complete copy of a Certificate of Mailing dated September 9, 2011 that was filed in the 2012 Action as Dkt. No. 5 therein.

13.   Attached hereto as Exhibit 12 is a true and complete copy of a document entitled "Proceedings to Enforce 2000 Arbitral Award" that was filed with this Court by Commisimpex in the 2012 Action as ECF pages 12-19 of Dkt. No. 39.

14.   Attached hereto as Exhibit 13 is a true and complete copy of a printout made on September 24, 2014 of the electronic PACER docket sheet for the 2012 Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September 2014.

_____
Robert A. Schwinger