# **EXHIBIT 5**

# EXHIBIT 5A

P.A. N°7 0 6

## PROTOCOLE D'ACCORD DE NEGOCIATIONS
## ENTRE L'ETAT DU CONGO ET LA SOCIETE
## COMMISIMPEX S.A.

Le présent protocole est établi entre :

D'une part,

**L'Etat du Congo**, représenté par :

- Monsieur Gabriel **LONGOBE**, Ministre délégué, Secrétaire Général de la Présidence de la République ,

Et
- Monsieur **Jean Dominique OKEMBA**, Secrétaire d'Etat, Secrétaire Générale du Conseil de Sécurité

Agissant sur délégation de Monsieur Le Président de la République, son Excellence Monsieur **Denis SASSOU NGUESSO** et ayant pouvoir à cet effet,

Et d'autre part,

**La société COMMISIMPEX s.a.**, ayant son siège social à Brazzaville, 86 Avenue Foch, représentée par son Président Directeur Général, Monsieur **Mohsen HOJEIJ**,

**PREAMBULE**

Il a été préalablement exposé ce qui suit :

1- La société COMMISIMPEX s.a., ayant financé, par des fonds en devises étrangères, notamment en Francs Français, en Dollars US et Livres Sterling, des travaux et fournitures au profit de l'Etat du Congo, et que ce financement reste impayé à ce jour.

2- Les diverses Commissions du Contrôle d'Etat, de la Présidence et des Ministères qui ont procédé à la vérification et à l'audit des créances COMMISIMPEX s.a., reconnaissent l'exécution des travaux et fournitures par la société COMMISIMPEX s.a., et confirment le non paiement des sommes dues par l'Etat du Congo.

3- Suite à des négociations engagées depuis le 27 mai 2003, à Brazzaville, entre les deux parties sus-visées, à propos de la dette de l'Etat du Congo à l'égard de la société

COMMISIMPEX, les deux parties conviennent que la dette objet du présent protocole de négociations, se présente comme suit :

- L'Etat du Congo, reconnaît définitivement, et sans objections ni réserves, l'exécution de l'intégralité des marchés et fournitures visées à l'alinéa 1 ci dessus.
- La mention des montants en Francs CFA est à titre indicatif. Les deux parties reconnaissent que les sommes dues, sont en devises étrangères c'est à dire, en Francs Français, Dollars US, et Livres Sterling.
- La validité de la dette, a été irrévocablement et officiellement reconnue par les Administrations concernées lors des deux réunions solennelles du 07 et 23 septembre 1992. Elle a été, à l'issue et à la lumière des travaux de ces deux réunions, entérinée par la Présidence de la République, laquelle en a fixé le montant à l'équivalent de 48 milliards FCFA (Quarante huit milliards Francs CFA) représentant la contre valeur en FCFA des dettes reconnues et libellées en différentes devises au 30 septembre 1992, soit 96 milliards FCFA après dévaluation du Francs CFA en 1994. La société COMMISIMPEX a pris acte autrefois cette reconnaissance de dette, par courriers du 07 octobre et 24 novembre 1992.
- Le montant de la dette de l'Etat du Congo arrêtée le 30 septembre 1992, s'élève en principal à la somme de 960.000.000. FRF. (neuf cent soixante millions de Francs Français), qui représentait en 1992 la somme de 48 milliards de FCFA, l'équivalant de 96.000.000.000. FCFA (quatre vingt seize milliards FCFA), dont le remboursement final sera effectué en devises, puisqu'il s'agit au départ d'un financement étranger et en devises.
- L'Etat du Congo, reconnaît sans objections ni réserves, que les travaux et fournitures en question, ont été financés, en partie par la Banque SARADAR, et en partie, par la garantie de la société COMMISIMPEX et du groupe et famille HOJEIJ.
- L'Etat du Congo, reconnaît que la dette de 960.000.000 FRF, valeur 30 septembre 1992, a été partagée comme suit, conformément à l'accord conclu au terme des deux réunions du 07 et 23 septembre 1992 sus visées et confirmé par courrier de la société COMMISIMPEX du 7 octobre 1992 :
    - une première partie est fixée à 440.000.000 FRF (Quatre cent quarante millions de Francs Français), soit l'équivalent de 22 Milliards de F CFA, objet du Protocole d'Accord n° 566 du 14 octobre 1992.
    - une deuxième partie est fixée à 520.000.000 FRF (Cinq cent vingt millions de Francs Français) soit l'équivalent de 26 Milliards de F CFA.

Ceci étant rappelé, les deux parties ont convenu de ce qui suit :

CERTIFIÉ CONFORME

Article 1 – l'Etat du Congo prend à sa charge, la dette de la société COMMISIMPEX et celle du groupe et famille Hojeij, à l'égard de la Banque libanaise SARADAR à hauteur de l'engagement du Protocole d'Accord n° 566 du 14 octobre 1992, et les

garanties correspondantes, dont la créance en principal, valeur du 30 septembre1992, est libellée dans les devises suivantes :

    A – 50.592.81,53 FRF
    B – 21.201.872,76 Livres Sterling
    C – 34.521.293,24 Dollars US
    D – 1.426.6253.801 F CFA

Le total représentant, à cette date, la contre valeur de 440.000.000 FRF, soit 44 Milliards FCFA à la parité de l'époque.

**Article 2** - l'Etat du Congo s'engage à négocier directement avec la banque SARADAR, et pourra déterminer les modalités de remboursement des montants ci dessus mentionnés en principal et en intérêt, en dehors de tout engagement, ni responsabilité de la part de la société COMMISIMPEX, ni du groupe et famille Hojeij.

Les retombées directes et indirectes de ces négociations, ne concernent en aucun cas ni la société COMMISIMPEX ni le groupe et famille Hojeij.

**Article 3** - l'Etat du Congo s'engage à rembourser à la société COMMISIMPEX, la somme en principal de 520 millions de FRF, non compris les intérêts qui s'élèvent à 941.141.586 FRF, pour la période du 30 septembre 1992 au 30 juillet 2003 au taux de 10 % l'an,

**Article 4** - l'Etat du Congo s'engage à régler à la société COMMISIMPEX, la somme de 520.000.000 FRF (cinq cent vingt millions de francs français) selon les modalités suivantes :

    1. Paiement comptant d'un montant de 60.000.000 de FRF (soixante millions de Francs Français), soit 6 milliards FCFA..
    2. Une deuxième partie de ladite somme en principal, correspondant à 200.000.000 FRF (Deux cents millions de Francs Français), soit 20 Milliards de FCFA, portera, à titre de compensation, sur l'acquisition par la société COMMISIMPEX, de certaines entreprises appartenant à l'Etat du Congo dont la viabilité technique et financière, et dont la rentabilité et le prix d'évaluation, auront été positivement démontrés par un auditeur agréé et accepté par la société COMMISIMPEX.
    3. Le reliquat, soit la somme en principal de 260.000.000 FRF (deux cent soixante millions de Francs Français), soit 26 milliards de FCFA, fera l'objet d'un moratoire que l'Etat du Congo s'engage à rembourser en 84 (quatre vingt quatre) mensualités constantes d'une valeur de 3.095.238 FRF par mois, soit une mensualité de 309.523.809 FCFA. Ce moratoire est subordonné à l'octroi, en faveur de COMMISIMPEX, d'une garantie ferme, inconditionnelle et irrévocable de 1$^{er}$ ordre, internationalement acceptée.

Cette garantie a pour objet, au delà de l'aspect couverture du risque, de faciliter les conditions de refinancement aussi bien des entreprises relevant actuellement du groupe Hojeij, dont les besoins en fonds de



3

roulement dépassent largement les douze milliards de Francs CFA, que ceux des établissements publics visés au § 4 alinéa 2.

**Article 5** – Pour démontrer sa volonté de contribuer à l'œuvre de la Nouvelle Espérance engagée par les Autorités Congolaises pour le développement socio-économique du Pays, la société COMMISIMPEX et, derrière elle le groupe et famille HOJEIJ, pourrait faire grâce à l'Etat du Congo, des intérêts indiqués à l'Article 3 ci-dessus, soit 941.141.586 FRF.

Ce geste, dont le montant représente près du double de la dette objet des présentes négociations, est lié au respect, par l'Etat du Congo, des engagements pris en vertu du présent Protocole et, en particulier, au remboursement ponctuel du moratoire visé dans l'Article 1, ci-dessus.

**Article 6** – l'Etat du Congo s'engage, d'ici au 31 décembre 2003 :

- ✓ à mettre en place la garantie du moratoire visée à l'alinéa 3 de l'Article 4 ci-dessus,
- ✓ à signer les actes de cession des entreprises visées à § 4 alinéa 2
- ✓ à finaliser les négociations avec la Banque SARADAR, visées à l'Article 2 ci-dessus,
- ✓ et à conclure avec la société COMMISIMPEX, un Protocole d'Accord Définitif en remplacement du présent Protocole, pour clore les négociations en cours.

**Article 7** - Le présent protocole ne constitue pas novation aux garanties détenues, notamment celle du 22 décembre 1986 et la société COMMISIMPEX ne renonce pas à se prévaloir de ses droits actuels, acquis à titre judiciaire et extra judiciaire et ce, jusqu'à apurement intégral des engagements pris par l'Etat du Congo.

Fait à Brazzaville, le 23 Août 2003 en deux exemplaires.

Pour l'Etat du Congo :

Monsieur Gabriel ENGOBE          Monsieur Jean Dominique OKEMBA

Pour la société COMMISIMPEX :    Monsieur Mohsen HOJEIJ

Société
COMMISIMPEX
86 av. FOCH
BP/1244 - Tél: 81 23 28
B/ville République du Congo

4

# EXHIBIT 5B

P.A. No. 706 [initials]                                                                                                                  **C27**

---

**MEMORANDUM OF UNDERSTANDING FOR NEGOTIATIONS BETWEEN THE CONGOLESE STATE AND THE COMPANY COMMISIMPEX S.A.**

---

[initials]

This memorandum is drawn up between:

One party,

**The Congolese State**, represented by:

- Mr. **Gabriel Longobe**, Deputy Minister, Secretary General of the Office of the President of the Republic

and

- Mr. **Jean Dominique Okemba**, Secretary of State, Secretary General of the Security Council

acting by appointment of the President of the Republic, His Excellency, Mr. **Denis Sassou Nguesso**, and being authorized for this purpose

and the other party,

**COMMISIMPEX S.A.**, with its registered office at 86 Avenue Foch, Brazzaville, represented by its Chairman and CEO, Mr. **Mohsen Hojeij**.

**PREAMBLE**

The parties recite as follows:

1- Since COMMISIMPEX S.A. financed work and supplies for the benefit of the Congolese State through funds in foreign currencies, in particular French francs, US dollars, and pounds sterling, and this financing remains unpaid to date.

2- The various State Supervision Commissions and Commissions of the Office of the President and of the Ministries that undertook the verification and audit of the financial claims of COMMISIMPEX S.A. acknowledge the performance of the work and the procurement of supplies by COMMISIMPEX S.A. and confirm the non-payment of the sums owed by the Congolese State.

3- Following negotiations entered into on May 27, 2003 in Brazzaville between the two abovementioned parties with respect to the Congolese State's debt to COMMISIMPEX, the

[stamp:] TRADUTEC
30 bis rue Émile Menier • 75116 PARIS
Telephone: 01 45 53 23 13
Fax: 01 45 53 34 19

1

[stamp:] APRIL 20 [illegible]
[illegible seal]
[seal:] OFFICAL TRANSLATOR P.BONNEFOUS – 30 bis rue [illegible] 75116 PARIS FRANCE [illegible] – 01 45 53 23 13 – APPOINTED BY THE PARIS COURT OF APPEALS
[stamp:] CERTIFIED COPY
[seal:] THE SECRETARY GENERAL [initials] – OFFICE OF THE PRESIDENT OF THE REPUBLIC – REPUBLIC OF THE CONGO
[seal:] Unity – Work – Progress – Consular Service – EMBASSY OF THE REPUBLIC OF THE CONGO - PARIS, FRANCE

two parties agree that the debt that is the subject of this memorandum of understanding for negotiations arises as follows:

- The Congolese State definitively acknowledges, without objections or reservations, the performance of all the contracts and procurements referred to in paragraph 1 above.
- The indication of the amounts in CFA francs is for informational purposes only. The two parties acknowledge that the sums owed are in foreign currencies, i.e., in French francs, US dollars, and pounds sterling.
- The validity of the debt was irrevocably and officially recognized by the Administrations concerned during two official meetings on September 7 and 23, 1992. At the end of and in light of the work of those two meetings, the debt was confirmed by the Office of the President of the Republic, which set its amount at the equivalent of 48 billion CFA francs (forty-eight billion CFA francs), representing the equivalent in CFA francs of the debts acknowledged and made payable in various currencies as of September 30, 1992, i.e., 96 billion CFA francs after devaluation of the CFA franc in 1994. COMMISIMPEX took [illegible] that acknowledgment of debt through letters dated October 7 and November 24, 1992.
- The amount of the Congolese State's debt set on September 30, 1992 amounts to the principal sum of FRF 960,000,000 (nine hundred sixty million French francs), which in 1992 represented the sum of 48 billion CFA francs, the equivalent of 96,000,000,000 CFA francs (ninety-six billion CFA francs), of which the final repayment will be made in foreign currencies, since it is a matter from the outset of foreign financing in foreign currencies.
- The Congolese State acknowledges, without objections or reservations, that the work and supplies in question were financed partly by the SARADAR Bank and partly by the guaranty of COMMISIMPEX and of the Hojeij group and family.
- The Congolese State acknowledges that the debt of FRF 960,000,000 (value on September 30, 1992) was shared as follows, in accordance with the agreement entered into at the end of the two abovementioned meetings on September 7 and 23, 1992 and confirmed by a letter from COMMISIMPEX dated October 7, 1992:
    – a first part is set at FRF 440,000,000 (four hundred forty million French francs), i.e., the equivalent of 22 billion CFA francs, subject of Memorandum of Understanding No. 566 of October 14, 1992.
    – a second part is set at FRF 520,000,000 (five hundred twenty million French francs), i.e., the equivalent of 26 billion CFA francs.

This being said, the two parties have agreed as follows:

**Article 1** – The Congolese State takes responsibility for the money owed to COMMISIMPEX and to the Hojeij group and family with regard to the Lebanese bank SARADAR at the level of the commitment of Memorandum of Understanding No. 566 of October 14, 1992, and the

[stamp:] APRIL 20 [illegible]                                                                                                                 2
[stamp:] [illegible]
[stamp:] OFFICAL TRANSLATOR P.BONNEFOUS – 30 bis rue [illegible] 75116 PARIS FRANCE –[illegible] 01 45 53 23 13 – APPOINTED BY THE PARIS COURT OF APPEALS
[stamp:] CERTIFIED COPY
[stamp:] THE SECRETARY GENERAL [initials] – OFFICE OF THE PRESIDENT OF THE REPUBLIC – REPUBLIC OF THE CONGO
[stamp:] Unity - Work - Progress – Consular Service – EMBASSY OF THE REPUBLIC OF THE CONGO - PARIS, FRANCE

corresponding guaranties, of which the debt in principal (value on September 30, 1992) is made payable in the following currencies:

> A – 50,592,81.53 [sic] French francs
> B – 21,201,872.76 pounds sterling
> C – 34,521,293.24 US dollars
> D – 1,426,6253,801 [sic] CFA francs

The total representing, on that date, the equivalent of FRF 440,000,000, i.e., [illegible] billion CFA francs at the parity of the time.

**Article 2** – The Congolese State agrees to negotiate directly with the SARADAR bank and will be able to decide on the terms of repayment of the amounts indicated above in principal and interest, without any commitment or liability on the part of COMMISIMPEX or the Hojeij group and family.

The direct and indirect repercussions of those negotiations do not in any event involve COMMISIMPEX or the Hojeij group and family.

**Article 3** – The Congolese State agrees to repay COMMISIMPEX the amount in principal of FRF 520 million, not including the interest, which amounts to FRF 941,141,586 for the period from September 30, 1992 to July 30, 2003 at an annual rate of 10%.

**Article 4** – The Congolese State agrees to pay COMMISIMPEX the sum of FRF 520,000,000 (five hundred twenty million French francs) according to the following terms:

> 1. Cash payment in the amount of FRF 60,000,000 (sixty million French francs), i.e., 6 billion CFA francs.
> 2. A second part of that amount of principal, corresponding to FRF 200,000,000 (two hundred million French francs), i.e., 20 billion CFA francs, will involve, as compensation, the acquisition by COMMISIMPEX of certain enterprises belonging to the Congolese State, whose technical and financial viability, and therefore the profitability and assessment price, will have been positively demonstrated by an approved auditor accepted by COMMISIMPEX.
> 3. The balance, i.e., the amount of principal of FRF 260,000,000 (two hundred sixty million French francs), i.e., 26 billion CFA francs, will be the subject of a payment delayed by agreement, which the Congolese State agrees to repay in 84 (eighty-four) equal monthly installments in the amount of FRF 3,095,238 per month, i.e., a monthly payment of 309,523,809 CFA francs. This delayed payment is conditional upon the granting to COMMISIMPEX, from a first class internationally accepted firm, of an unconditional and irrevocable guaranty.
> The purpose of this guaranty, beyond the aspect of covering the risk, is to facilitate the refinancing conditions of both the enterprises currently belonging to the Hojeij group, of which the needs for working capital greatly exceed twelve

[stamp:] APRIL 20 [illegible]                                                                                                                3
[stamp:] [illegible]
[stamp:] OFFICAL TRANSLATOR P.BONNEFOUS – 30 bis rue [illegible] 75116 PARIS FRANCE –[illegible] 01 45 53 23 13 – APPOINTED BY THE PARIS COURT OF APPEALS
[stamp:] CERTIFIED COPY
[stamp:] THE SECRETARY GENERAL [initials] – OFFICE OF THE PRESIDENT OF THE REPUBLIC – REPUBLIC OF THE CONGO
[stamp:] Unity - Work - Progress – Consular Service – EMBASSY OF THE REPUBLIC OF THE CONGO - PARIS, FRANCE

billion CFA francs, as well as those of the government-owned establishments referred to in §4, paragraph 2.

**Article 5** – To demonstrate its willingness to contribute to the work of the Nouvelle Espérance [New Hope] begun by the Congolese authorities for the socio-economic development of the country, COMMISIMPEX, and behind it the Hojeij group and family, might forgive the Congolese State for the interest indicated in Article 3 above, i.e., FRF 941,141,586.

This gesture, the amount of which represents almost twice the debt that is the subject of these negotiations, is linked to the fulfillment, by the Congolese State, of the commitments made pursuant to this Memorandum of Understanding and, in particular, to the prompt repayment of the payment delayed by agreement, referred to in Article 1 above.

**Article 6** – The Congolese State agrees, between now and December 31, 2003, to:

- ✓ put into place the guaranty of the delayed payment referred to in paragraph 3 of Article 4 above;
- ✓ sign the deeds of transfer of the enterprises referred to in §4, paragraph 2;
- ✓ finalize the negotiations with the SARADAR bank, referred to in Article 2 above;
- ✓ and enter into a Final Memorandum of Understanding with COMMISIMPEX, to replace this Memorandum, in order to conclude the negotiations underway.

**Article 7** – This memorandum does not constitute a renewal of the guaranties held, in particular the guaranty of December 22, 1986, and COMMISIMPEX does not waive the possibility of availing itself of its current rights, acquired in and out of court, until full discharge of the commitments made by the Congolese State.

Executed in Brazzaville on August 23, 2003 in duplicate.

**For the Congolese State:**
[signature]

[stamp:] SECRETARY GENERAL, NATIONAL SECURITY COUNCIL – OFFICE OF THE PRESIDENT OF THE REPUBLIC OF THE CONGO

**Mr. Gabriel Longobe**

Mr. Jean Dominique Okemba

**For COMMISIMPEX:**

[signature]
**Mr. Mohsen Hojeij**
[stamp:] COMMISIMPEX,
86 av. Foch
BP 1244, Tel.: [illegible] 23 28
Brazzaville, Republic of the Congo

[stamp:] APRIL 20 [illegible]                     4
[stamp:] [illegible]
[stamp:] OFFICAL TRANSLATOR P.BONNEFOUS – 30 bis rue [illegible] 75116 PARIS FRANCE –[illegible] 01 45 53 23 13 – APPOINTED BY THE PARIS COURT OF APPEALS
[stamp:] CERTIFIED COPY
[stamp:] THE SECRETARY GENERAL [initials] – OFFICE OF THE PRESIDENT OF THE REPUBLIC – REPUBLIC OF THE CONGO
[stamp:] Unity - Work - Progress – Consular Service – EMBASSY OF THE REPUBLIC OF THE CONGO - PARIS, FRANCE