UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A.,<br><br>*Petitioner*,<br><br>v.<br><br>REPUBLIC OF THE CONGO,<br><br>*Respondent*. | Civil Action No. 1:13-cv-713-RLW |

## DECLARATION OF MARC SUSKIN IN SUPPORT OF
## RESPONDENT'S MOTION TO VACATE AMENDED DEFAULT JUDGMENT

I, Marc Suskin, make this declaration pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Chadbourne & Parke LLP, counsel for Respondent Republic of the Congo ("the Congo") in the above-captioned matter. As such, I am fully familiar with the matters set forth herein. I make this declaration on the basis of my personal knowledge and from my review of documents accessible on PACER and/or in the records of papers filed in proceedings referenced herein to which the Congo was a party.

2. I am an attorney licensed to practice in the State of New York. Following my undergraduate education at Yale University and my legal education at Columbia Law School, I also received a legal degree from Paris I (Panthéon-Sorbonne), with a Master in Law (Maîtrise en Droit) in 2005. I speak, read and write English and French fluently.

### French Set-Aside Proceedings

3. On February 20, 2013, the Congo commenced an action to set aside (or vacate) the Final Award dated January 21, 2013 that was issued in the ICC arbitration proceeding

*Commissions Import Export S.A. v. Republic of the Congo*, ICC Case No. 16257/EC/ND/MCP (the "2013 Final Award"). I have reviewed various documents from the proceedings before the Court of Appeals of Paris (Cour d'Appel [CA] de Paris, 1e ch., Pole 1, Dossier No. 37964, Case No. 13/03410).

4.   A number of briefs have been filed by the parties in this set-aside proceeding in France. In this matter, the Congo filed its brief on September 10, 2014, Commisimpex filed its brief on September 1, 2014, and a hearing was scheduled for September 16, 2014. The parties are awaiting a decision in this matter. Once a decision is rendered, the parties may further appeal to the Cour de Cassation, the highest court for civil law matters in France.

5.   Thus, the 2013 Final Award is still subject to a pending set aside proceeding in France, the country in which, and under the law of which, the award was made.

6.   In the pending set-aside proceedings in France, the Congo has argued, among others, that the 2003 Protocol, which was a central basis for the 2013 Final Award: (1) is essentially based on manufactured evidence; (2) was procured through corruption; (3) refers to a fictitious debt based on manufactured documents; and (4) did not fulfill the necessary requirements to be legally effective, in particular it lacked the necessary approvals, and the persons signing the document did not possess the legal authority to bind the Congo to the purported agreement.

**OHADA Appeal**

7.   The accompanying Declaration of Maître Gaston Mossa, executed September 18, 2014, identifies certain Congolese court decisions related to the liquidation of Commisimpex that

were issued under the OHADA "Uniform Act Organizing Collective Proceedings for Wiping Off Debts."

8.  "OHADA" refers to a uniform set of business laws and institutions adopted by seventeen West and Central African nations. OHADA stands for "Organisation pour l'Harmonisation en Afrique du Droit des Affaires" (translated as the Organization for the Harmonization of Business Law in Africa). Attached hereto as Exhibits 1 and 2 are true and complete copies of the OHADA Uniform Act Organizing Collective Proceedings for Wiping Off Debts, in the original French and in OHADA's official English translation.

9.  There is an OHADA Treaty signed by its member nations. *See* Treaty on Harmonisation of Business Law in Africa, Oct. 17, 1993, OHADA official Journal no. 4 of Jan. 11, 1997 ("OHADA Treaty"). Attached hereto as Exhibit 3 is a true and correct copy of the official English version of the OHADA Treaty. The OHADA Treaty provides that while litigation involving OHADA uniform acts are in the first instance litigated in the courts of the OHADA contracting nations, final appeals can be taken to the OHADA Common Court of Justice and Arbitration (CCJA) which sits in Abidjan, in the Ivory Coast. *See id.*, Arts. 13-15; *see also* http://www.ohada.com/institutions.html#ccja.

10. Commissions Import Export, S.A. ("Commisimpex") appealed the May 13, 2013 decision by the Appellate Court of Brazzaville in the Congo concerning the liquidation of Commisimpex to the CCJA in the Ivory Coast. I have reviewed certain documents from that appeal, which remains pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September 2014.

                                                                         Marc Suskin