# Exhibit 1

Caisse Nationale
de
Sécurité Sociale

----------

Direction du Recouvrement
et du Contentieux

République du Congo
Unité*Travail*Progrès

### Situation cotisante de la société COMMISIMPEX
### au 31 décembre 2011
### Matricule : 21 354 L

La présente situation qui couvre les périodes 1981 à 2011 est établie sur la base d'une mise à jour de la déclaration de l'employeur le 1$^{er}$ août 1981.

Il ressort de cette mise à jour que la cotisation mensuelle de la société COMMISIMPEX s'élevait à 3.915.611 francs CFA en 1981.

Aucun élément pertinent ne permet de réviser ce montant puis que l'employeur n'a jamais produit de déclaration relative à la situation de l'entreprise ou des salariés.
Les effectifs de la société COMMISIMPEX s'élèvent à 264 salariés déclarés.
Les cotisations sociales n'ont jamais été versées à la Caisse.

Ainsi, de 1981 à 2011, soit 30 ans après les cotisations sociales dues par la société COMMISIMPEX, sauf erreur ou omission de notre part s'élèvent à un milliard quatre cent neuf millions six cent dix neuf mille neuf cent soixante (1.409.619.960) francs CFA en principal, et autant en majoration de retard, et 4.500.000 francs CFA de pénalités soit 2.823.739.920 francs CFA.

Fait à Brazzaville le

La Directrice du Recouvrement
et du Contentieux,

Léonie DZAMA.-