# Exhibit 5

COUR D'APPEL DE BRAZZAVILLE

TRIBUNAL DE GRANDE INSTANCE
DE BRAZZAVILLE

CABINET DE MONSIEUR LE DOYEN
DES JUGES D'INSTRUCTION

**REPUBLIQUE DU CONGO**
Unité * Travail * Progrès

R.I 008/13

## CONVOCATION

Le Greffier du Doyen des Juges d'instruction du Tribunal de Grande Instance de Brazzaville, invite Mr, Mme, Mlle ...le Représentant de la Sté Commissimpex...

Profession............................................................................

Domicile... Bzville s/c Et de Me Bindy ...de bien vouloir

Se présenter à son cabinet sis au Palais de Justice de Brazzaville (Porte N° 13)

le 15/01/ 20 14 à 10 précises pour affaire le (la) concernant.

A Brazzaville le 13/01/14

**PRESENCE INDISPENSABLE**