# Exhibit 6

| | |
|---|---|
| MINISTERE DE L'ECONOMIE, DES FINANCES<br>DU PLAN, DU PORTE FEUILLE PUBLIC<br>ET DE L'INTEGRATION<br>------------<br>DIRECTION GENERALE DES IMPOTS<br>ET DES DOMAINES<br>------------<br>DIRECTION DES VERIFICATIONS<br>GENERALES ET DE LA RECHERCHE<br>------------<br>SERVICE DES VERIFICATIONS FISCALES<br>------------<br>N° 045 /MEFPPPI/DGID/DVGR/SVF. | REPUBLIQUE DU CONGO<br>Unité-Travail-Progrès<br>-------- |

A

**Monsieur le Directeur Général de
la Société COMMISIMPEX**

<u>BRAZZAVILLE</u>

## NOTIFICATION DE LA TAXATION D'OFFICE
## DE LA SOCIETE COMMISIMPEX
## AU TITRE DES EXERCICES 2010, 2011 et 2012

Monsieur,

Conformément aux dispositions des articles 86 et 390 bis H du code général des impôts, votre société est taxée d'office pour des raisons ci-après :

- La non souscription depuis plus de 10 ans de ses déclarations de revenus ;
- Le 07 août 2013 : présentation de l'avis de vérification inopinée assortie de l'accusé de réception par votre société ;
- 08 août 2013 : demande de documents à votre société ;
- Le 05 septembre 2013 : mise en demeure pour non production des documents comptables et fiscaux ;
- Le 20 septembre 2013 : promesse de transmission de documents faite par COMMISIMPEX ;
- Le 25 septembre 2013 : rappel fait à la société COMMISIMPEX lui signifiant que seule la liquidation judiciaire désignée suivant le jugement du tribunal de commerce en date du 30 octobre 2012 est désormais habilitée à la représenter dans ses rapports avec l'Administration fiscale ;
- Le 04 octobre 2013 : réception du courrier de WHITE & CASE LLP, avocats au barreau de Paris, conseils de COMMISIMPEX (courrier datant du 02 octobre 2013) portant à la connaissance de l'Administration fiscale que les documents demandés seront envoyés directement par COMMISIMPEX.
- Or depuis le 04 octobre 2013, l'Administration fiscale n'a reçu de COMMISIMPEX aucun document comptable et fiscal. Cette attitude est jugée par l'Administration fiscale de manœuvre dilatoire.

-2-

En conséquence, les bases d'imposition de la société COMMISIMPEX sont évaluées d'office. Toutefois, en se référant aux dispositions de l'article 88 du code général des impôts, COMMISIMPEX ne peut obtenir, par la voie contentieuse, la décharge ou la réduction de la cotisation qui lui a été assignée qu'en apportant toutes justifications de nature à faire la preuve du chiffre exact de son revenu.

Enfin, selon l'article 390 bis A du code général des impôts, Tome 1, les différents impôts et taxes seront mis en recouvrement, sous réserve du droit de réclamation de COMMISIMPEX, après établissement du rôle ou l'émission d'un Avertissement.

## A - EXERCICE 2010
Résultat fiscal déclaré : néant

### Redressements envisagés :
**I - Impôt sur les sociétés (IS) :**

**Minoration de l'actif :**
La société est titulaire d'une propriété bâtie située à Brazzaville au quartier Mpila, cadastrée Section T, parcelles n° 97-98-99 d'une superficie de 9 208,00 m2 selon le titre foncier TF 16 658 volume 318, acquisition suivant Permis d'occuper n° 0837 en date du 09 novembre 1983 par le Maire de Brazzaville, enregistré à Brazzaville le 18 août 2008, sous dépôt 15, extrait n° 6375.

En outre, selon l'article 316 de la sentence arbitrale de la cour internationale d'arbitrage de septembre 2013, la société COMMISIMPEX détiendrait une créance sur le Congo définie de la manière suivante : « **la République du Congo doit donc payer à COMMISIMPEX, en exécution du protocole de 2003 un montant de 520.000 000 FRF soit 79 273 488,96 euros + 941 141 586 FRF soit 143 476 109,86 euros = 222 749 598,82 euros plus les intérêts de 10% l'an avec capitalisation annuelle au 31 décembre, sur la période entre le 31 décembre 2003 et jusqu'au parfait paiement** ».

Or, l'article 109 A du code général des impôts dispose que : « **le bénéfice net est constitué par la différence entre les valeurs de l'actif net à la clôture et à l'ouverture de la période dont les résultats doivent servir de base à l'impôt…** ».

En conséquence la non inscription à l'actif des éléments ci-après est à rapporter au résultat :

- **Valeur vénale de la propriété bâtie estimée à 3 000 000 000 de FCFA** en tenant compte de la contexture de la propriété et de la nature de la spéculation des prix dans la zone de Mpila.

- **Evaluation de la créance de COMMISIMPEX sur le Congo :**
Capital : 222 749 598,82 euros

Soit : 222 749 598,82 x 655,977 = 146 118 613 585 F CFA, intérêts de 10% l'an avec capitalisation annuelle au 31 décembre sur la période entre le 31 décembre 2003 et le 31 décembre 2010. Cette créance au 31 décembre 2010 est évaluée à : 284 743 840 920 FCFA.

-3-

Soit : la base imposable à l'impôt sur les sociétés est de : 287 743 840 920 FCFA.

**II - <u>Impôt sur le revenu des valeurs mobilières : IRVM</u>**

Dans la mesure où le redressement portant sur la minoration de l'actif s'analyse comme un désinvestissement, il supporte également l'IRVM.

**Soit** : la base imposable à l'IRVM est de : 287 743 840 920 FCFA

**B - <u>EXERCICE 2011</u>**
Résultat fiscal déclaré : néant

<u>Redressements envisagés</u> :
   I - <u>Impôt sur les sociétés</u> (IS) :

   **Minoration de l'actif** portant sur la non inscription à l'actif de la valeur vénale de la propriété bâtie de Mpila et de la créance de COMMISIMPEX sur le Congo :

   - Valeur vénale estimée de la propriété bâtie : 3 000 000 000 FCFA
   - Valeur au 31 décembre 2011 de la créance de COMMISIMPEX sur le Congo : 313 218 225 012 FCFA, Cf exercice 2010 pour les commentaires.
   - Base imposable à l'IS : 3 000 000 000 + 313 218 225 012 = 316 218 225 012 FCFA

   II – <u>IRVM</u> :

Base imposable à l'IRVM : 316 218 225 012 FCFA, cf exercice 2010 pour les commentaires.

**C – <u>EXERCICE 2012</u>**
Résultat fiscal déclaré : néant

<u>Redressement envisagés</u> :
   1- <u>Impôt sur les sociétés</u> (IS)

   **Minoration de l'actif** découlant de la non inscription à l'actif de la valeur vénale de la propriété bâtie de Mpila et de la créance de COMMISIMPEX sur le Congo :

-Valeur vénale estimée de la propriété bâtie : 3 000 000 000 FCFA
-Valeur au 31 décembre 2012 de la créance de COMMISIMPEX sur le Congo :
344 540 047 513 FCFA, cf exercice 2010 pour les commentaires.

   - Base imposable à l'IS : 3 000 000 000 + 344 540 047 513 = 347 540 047 513 FCFA

     II - <u>IRVM</u> :

   - Base imposable à l'IRVM : 347 540 047 513 FCFA
   - cf exercice 2010 pour les commentaires.

-4-

**CALCUL DES DROITS**
**EXERCICE 2010**
**IS :**
Principal : 287 743 840 920 x 36% = 103 587 782 730 FCFA
Pénalités : 103 587 782 730 x 50% =   51 793 891 365 FCFA
                                                     **155 381 674 095 FCFA**

**IRVM :**
Principal : 287 743 840 920 x 20% = 57 548 768 184 FCFA
Pénalités : 57 548 768 184 x 100% = 57 548 768 184 FCFA
                                                     **115 097 536 368 FCFA**

**EXERCICE 2011**
**IS**
Principal : 316 218 225 012 x 36% = 113 838 561 004 FCFA
Pénalités : 113 838 561 004 x 50% =   56 919 280 502 FCFA
                                                     **170 757 841 506 FCFA**

**IRVM :**
Principal : 316 218 225 012 x 20% = 63 243 645 002 FCFA
Pénalités : 63 243 645 002 x 100% = 63 243 645 002 FCFA
                                                     **126 487 290 004 FCFA**

**EXERCICE 2012**
**IS :**
Principal : 347 540 047 513 x 34% = 118 163 616 154 FCFA
Pénalités : 118 163 616 154 x 50% =   59 081 808 077 FCFA
                                                     **177 245 424 231 FCFA**

**IRVM :**
Principal : 347 540 047 513 x 20% = 69 508 009 502 FCFA
Pénalités : 69 508 009 502 x 100% = 69 508 009 502 FCFA
                                                     **139 016 019 004 FCFA**

**Tableau récapitulatif des droits dus**

|  | 2010 | | 2011 | | 2012 | | Total |
|---|---|---|---|---|---|---|---|
|  | principal | pénalités | principal | pénalités | principal | pénalités |  |
| IS | 103 587 782 730 | 51 793 891 365 | 113 838 561 004 | 56 919 280 902 | 118 163 616 154 | 59 081 808 077 | 503 384 939 832 |
| IRVM | 57 548 768 184 | 57 548 768 184 | 63 243 645 002 | 63 243 645 002 | 69 508 009 502 | 69 508 009 502 | 380 600 845 376 |
| Total | 161 136 550 914 | 109 342 659 549 | 177 082 206 006 | 120 162 925 504 | 187 671 625 656 | 128 589 817 579 | 883 985 785 208 |

-5-

Soit :
Droits simples: 525 890 382 576 FCFA
Pénalités :     <u>358 095 402 632 FCFA</u>
            **883 985 785 208 FCFA**

Ces droits simples et pénalités seront recouvrés par les services compétents de la Direction Générales des Impôts et des Domaines.

Veuillez agréer, Monsieur le Directeur Général, l'expression de ma considération distinguée./-

Fait à Brazzaville, le 19 Mars 2014

L'Inspecteur Vérificateur,



Richard POUNGHA EBOUANGOY