# Exhibit 7

| | |
|---|---|
| **MINISTERE DE L'ECONOMIE, DES FINANCES, DU PLAN, DU PORTEFEUILLE PUBLIC, ET DE L'INTEGRATION** | **REPUBLIQUE DU CONGO** Unité * Travail * Progrès |
| -------------------- | ---------------- |
| DIRECTION GENERALE DU TRESOR | Brazzaville, le **18 AVR 2014** |
| -------------------- | |
| RECETTE PRINCIPALE DES IMPOTS DE BRAZZAVILLE | *Le Receveur Principal des Impôts* |
| N° **403** /MFBPP/DGT/RPI-B | |

## AVIS DE MISE EN RECOUVREMENT

| | |
|---|---|
| **AMR :** N°31/04/2014/MEFPPPI/RPI-B  A Rappeler chaque Correspondances  **NOTIFICATION**  N°061/MEFPPPI/DGID/DVGR du 02/04/2014  **NOM DU VERIFICATEUR :**  - Richard POUNGHA EBOUANGOY | **DESTINATAIRE** |

**Nom ou Raison Sociale:** SOCIETE COMMISIMPEX

**Adresse :** Avenue Foch en allant vers la Cathédrale à gauche

**BRAZZAVILLE**

Monsieur,

Je vous serais obligé de bien vouloir régler à ma caisse avant le ................................................date d'application de la majoration de **10%**, les sommes dues ci-dessous indiquées, suite au contrôle fiscal (ou à la taxation d'office) dont vous avez fait l'objet.

Le non paiement desdites sommes avant la date sus indiquée vous expose **IPSO FACTO,** en sus du règlement des pénalités de retard de **10%** aux *poursuites par toutes les voies de droit* générant ainsi d'autres frais et ceci, conformément aux articles **459, 459 bis, 460, 480, 486, 486 bis, 486 ter, 505 et 519** du Code Général des Impôts.

Veuillez agréer, Monsieur, l'expression de ma considération distinguée.

Le Receveur Principal des Impôts



TSEMOUA Gabri...
Inspecte...

| EXERCICES | NATURES DES IMPOTS ET TAXES | SOMMES DUES | | TOTAL |
|---|---|---|---|---|
| | | Principal | Pénalités | |
| 2010 | IS | 103.587.782.730 | 51.793.891.365 | 155.381.674.095 |
| | IRVM | 57.548.768.184 | 57.548.768.184 | 115.097.536.368 |
| SOUS / TOTAL | | 161.136.550.914 | 109.342.659.549 | 270.479.210.463 |
| 2011 | IS | 113.838.561.004 | 56.919.280.902 | 170.757.841.906 |
| | IRVM | 63.243.645.002 | 63.243.645.002 | 126.487.290.004 |
| SOUS / TOTAL | | 177.082.206.006 | 120.162.925.904 | 297.245.131.910 |
| 2012 | IS | 118.163.616.154 | 59.081.808.077 | 177.245.424.231 |
| | IRVM | 69.508.009.502 | 69.508.009.502 | 139.016.019.004 |
| SOUS / TOTAL | | 187.671.625.656 | 128.589.817.579 | 316.261.443.235 |
| TOTAL GENERAL = | | 525.890.382.576 | 358.095.403.032 | 883.985.785.208 |

MINISTERE DE L'ECONOMIE, DES FINANCES,
DU PLAN, DU PORTEFEUILLE PUBLIC ET
DE L'INTÉGRATION
━━━━━━
**DIRECTION GENERALE DES IMPOTS
ET DES DOMAINES**
━━━━━━
DIRECTION DES VERIFICATIONS
GENERALES ET DE LA RECHERCHE
━━━━━━
SERVICE DES VERIFICATIONS FISCALES Plouném

N° 06 1 /MEFPPI/DGID/DVGR/SVF

Objet : **Mise en recouvrement.**

REPUBLIQUE DU CONGO
Unité Travail Progrès
━━━━━━

Brazzaville, le

A

Monsieur le Receveur Principal
des Impôts.

Brazzaville

Monsieur le Receveur Principal,

Je vous communique ci-après aux fins de recouvrement, les droits simples et pénalités dus par la société ci-après suite au contrôle fiscal dont elle a fait l'objet.

Vous voudriez bien, en retour, me communiquer l'état de recouvrement y relatif et éventuellement le montant des restes à recouvrer.

1-Société COMMISIMPEX.
Vérificateur : Richard POUNGHA EBOUANGOY.

| Nature des Impôts | Exercice 2010 | | Exercice 2011 | | Exercice 2012 | | Total |
|---|---|---|---|---|---|---|---|
| | Principal | Pénalités | Principal | Pénalités | Principal | Pénalités | |
| IS | 103 587 782 730 | 51 793 891 365 | 113 838 561 004 | 56 919 280 902 | 118 163 616 154 | 59 081 808 077 | 503 ? |
| IRVM | 57 548 768 184 | 57 548 768 184 | 63 243 645 002 | 63 243 645 002 | 69 508 009 502 | 69 508 009 502 | 380 ? |
| Total | 161 136 550 914 | 109 342 659 549 | 177 082 206 006 | 120 162 925 504 | 187 671 625 656 | 128 589 817 579 | 883 9 |
| Soit :- | oui | | oui | | oui | | |
| Principal | 525 890 382 576 FCFA oui | | | | | | |
| Pénalités | 358 095 402 632 FCFA | | | | | | |
| Total | 883 985 785 208 FCFA | | | | | | |

Ampliations:
DGID          1
DCS           1
DEP           1
DAAF          1
DDIDB         1
SVG/BNVG      1
Cellule Informatique  1
Vérificateurs 1
Chrono        1/9

LE DIRECTEUR DES VERIFICATIONS GENERALES
ET DE LA RECHERCHE

Clément OKONGO