# Exhibit 9

MINISTERE DE L'ECONOMIE, DES FINANCES, DU PLAN, DU PORTEFEUILLE PUBLIC ET DE L'INTEGRATION

----------

DIRECTION GENERALE DES IMPOTS ET DES DOMAINES

----------

N° 0886 /MEFPPPI/DGID-DRC.-

REPUBLIQUE DU CONGO

Unité * Travail * Progrès

----------

Brazzaville, le 18 SEPT 2014

Le Directeur Général
A
Monsieur le Directeur Général
de la société COMMISIMPEX
86, Avenue Foch- B.P : 413
BRAZZAVILLE

**Objet** : Complément d'information

Monsieur le Directeur Général,

Comme suite à votre requête du 10 juillet 2014 par laquelle vous avez contesté les impositions mises à la charge de votre société par la Brigade Nationale des Vérifications Générales.

J'ai l'honneur de vous faire le rappel suivant :

L'article 441 alinéa 7 nouveau du code général des impôts tome 1, modifié par la loi n°36-2011 du 29 décembre 2011 portant loi de finances pour l'année 2012 stipule que : « l'instruction par l'administration fiscale de toute réclamation est assujettie au dépôt préalable auprès du comptable public d'une garantie d'un montant égal à 10% des sommes contestées.

De même, le traitement de tout contentieux régulièrement introduit donne lieu au paiement, au moment du dépôt de la réclamation par le requérant d'un droit égal à 5‰ des sommes contestées, sans être inférieur à 10.000 FCFA ».

Sous peine de voir votre requête être rejetée, je vous invite à vous conformer aux dispositions de l'article ci-dessus cité et de me faire parvenir dans les plus brefs délais (une semaine) les informations suivantes :
- la lettre de taxation d'office ;
- l'avis de mise en recouvrement qui vous a été adressé par le comptable public ;
- les quittances prouvant que vous avez payé la caution de garantie et les fais de traitement du contentieux ;
- l'accusé de réception du courrier en date du 17 janvier 2014 par l'administration fiscale ;
- la lettre de l'avis complémentaire de vérification de comptabilité (inopinée) du 15 janvier 2014.

En l'absence des éléments ci-dessus demandés, votre requête est sans objet.

Veuillez agréer, Monsieur le Directeur Général, l'expression de ma considération distinguée.



NGAKOSSO.-

Copies :