UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONS IMPORT EXPORT S.A.,

                        *Petitioner,*

                    v.         Civil Action No. 1:13-cv-713-RJL

REPUBLIC OF THE CONGO,

                        *Respondent.*

**REPLY DECLARATION OF ROBERT A. SCHWINGER IN FURTHER SUPPORT OF RESPONDENT'S MOTION TO VACATE AMENDED DEFAULT JUDGMENT**

       I, ROBERT A. SCHWINGER, make this declaration pursuant to 28 U.S.C. § 1746:

       1.    I am a member of the law firm of Chadbourne & Parke LLP, attorneys for Respondent Republic of the Congo ("the Congo") in the above-captioned action. As such, I am fully familiar with the facts set forth herein. I make this reply declaration in further support of the Congo's motion to vacate the amended default judgment in this action, on the basis of my personal knowledge and from my review of publicly-filed or otherwise publicly-accessible documents.

**U.S. State Department Documents**

       2.    Attached hereto as Exhibit 1 is a true and complete copy of a "Fact Sheet" dated May 21, 2014 entitled "U.S. Relations With Republic of the Congo" that was issued by the U.S. State Department's Bureau of African Affairs, as downloaded from the State Department's website at http://www.state.gov/r/pa/ei/bgn/2825.htm on December 22, 2014, which states in the second paragraph that "U.S.-Republic of the Congo relations are positive and cooperative."

3. Attached hereto as Exhibits 2-8 are true and complete copies of the U.S. State Department "Country Reports on Human Rights Practices for 2013" for the following countries that were downloaded from the State Department website on December 19, 2014.

| **Exhibit** | **Country** | **URL for report** |
|---|---|---|
| 2 | Brazil | http://www.state.gov/documents/organization/220636.pdf |
| 3 | Argentina | http://www.state.gov/documents/organization/220626.pdf |
| 4 | Dominican Republic | http://www.state.gov/documents/organization/220649.pdf |
| 5 | Greece | http://www.state.gov/documents/organization/220496.pdf |
| 6 | Turkey | http://www.state.gov/documents/organization/220551.pdf |
| 7 | Morocco | http://www.state.gov/documents/organization/220579.pdf |
| 8 | India | http://www.state.gov/documents/organization/220604.pdf |

4. Set forth in the chart below are selected statements that appear in the attached State Department Country Reports for the countries noted above regarding their judicial systems, with reference to the pages on the respective report where those statements appear.

| **Country** | **Exhibit** | **Page(s)** | **Statements** |
|---|---|---|---|
| Brazil | 2 | 7 | "Freedom House stated that corruption within the judiciary, especially at the local and state level, remained a serious concern, and the judiciary was often subject to outside influences." |
| Argentina | 3 | 12 | "The law provides criminal penalties for corruption by officials; however, multiple reports alleged that executive, legislative, and judicial officials engaged in corrupt practices with impunity, suggesting a failure to implement the law effectively. . . . Allegations of corruption in provincial as well as in federal courts remained frequent." |

| Country | Exhibit | Page(s) | Statements |
|---|---|---|---|
| Dominican Republic | 4 | 12 | ". . . instances of political influence in decision making were still evident. Interference by public entities, when it occurred, tended toward public pronouncements regarding active cases and selective prosecution. On occasion it appeared that judges in superior courts attempted to influence lower-court decisions. In addition corruption continued to be a serious problem[.]" |
| Greece | 5 | 9 | "Observers . . . reported the judiciary was inefficient and sometimes subject to influence and corruption." |
| Greece | 5 | 20 | "The media, the business community, international organizations, and NGOs continued to voice concern over the high level of official corruption." |
| Turkey | 6 | 1-2 | "The judicial system was politicized and overburdened. . . . The close connection between prosecutors and judges gave the appearance of impropriety and bias. . . . Of particular note, law enforcement and the judiciary were subject to executive branch influence . . . ." |
| Turkey | 6 | 13 | "In the past, there have been strong indications in certain significant cases that the judiciary is sometimes subject to external governmental influence." |
| Morocco | 7 | 7 | "Systemic higher-level corruption, as well as pervasive corruption, undermined law enforcement and the effectiveness of the judicial system." |
| Morocco | 7 | 9 | "The constitution provides for an independent judiciary, but the courts were not independent and were weakened by corruption and extrajudicial influence. NGOs, lawyers, and government officials widely acknowledged that corruption and extrajudicial influence on the courts occurred." |
| India | 8 | 15 | ". . . judicial corruption was widespread. The judicial system remained seriously overburdened and lacked modern case management systems, often delaying or denying justice." |

5.     Attached hereto as Exhibit 9 is a true and complete copy of Order dated November 4, 2014 issued by United States District Judge Katherine Polk Failla of the United States District Court for the Southern District of New York in the judgment enforcement proceeding *Commissions Import Export S.A. v. BNP Paribas*, 14 Misc. 0327, stating that "the parties have withdrawn without prejudice their motions pending before this Court" and directing the Clerk of the Court to "terminate all pending motions, adjourn all remaining dates, and to close this case."

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, this 22nd day of December 2014.

*/s/ Robert A. Schwinger*
Robert A. Schwinger
