# Exhibit 9 to
# Schwinger Reply Declaration

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
COMMISSIONS IMPORT EXPORT S.A.,              :
:
                              Plaintiff,      :      14 Misc. 0327
          v.                                       :
:      ORDER
BNP PARIBAS,                                 :
:
                            Defendant.     :
:
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 4, 2014

KATHERINE POLK FAILLA, District Judge:

      As discussed at today's conference, pursuant to an Order in the underlying action in the United States District Court for the District of Columbia (attached hereto as Exhibit A), the parties have withdrawn without prejudice their motions pending before this Court. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and to close this case.

      SO ORDERED.

Dated:    November 4, 2014
              New York, New York

                                                    KATHERINE POLK FAILLA
                                          United States District Judge
                                                Sitting in Part I

# EXHIBIT A

Case 1:14-mc-00327-JEB Document 16-1 Filed 11/04/14 Page 4 of 5
Case 1:13-cv-00713-RJL Document 32-1 Filed 10/22/14 Page 4 of 5
Case 1:13-cv-00713-RJL Document 28 Filed 10/16/14 Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMISSIONS IMPORT EXPORT S.A.,

        *Petitioner*,

  v.

REPUBLIC OF THE CONGO,

        *Respondent*.

Civil Action No. 1:13-cv-713-RLW

**FILED**
OCT 1 6 2014
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER GRANTING JOINT MOTION TO EXTEND TIME

This matter having come to be heard on the Joint Motion to Extend Time by Petitioner and Respondent.

IT IS HEREBY ORDERED that:

a. Petitioner's papers in opposition to Respondent's Motion to Vacate Amended Default Judgment (Dkt. No. 23) (the "Motion to Vacate"), shall be filed on or before November 24, 2014.

b. Respondent's reply papers in further support of the Motion to Vacate shall be filed on or before December 22, 2014.

c. From the date of this Joint Motion to Extend Time through December 22, 2014, Petitioner shall not take any action in any jurisdiction (within or outside of the United States) to enforce, execute, file or register the Amended Default Judgment in this action dated October 9, 2013 (Dkt. No. 18), nor take in any such jurisdiction any action in aid of, or in any way related to, any potential such enforcement, execution, filing or registration of such judgment, including but not limited to discovery,

Case 1:13-cv-00713-RJL Document 32-1 Filed 12/22/14 Page 5 of 5
Case 1:14-mc-00327-JP1 Document 16-1 Filed 11/04/14 Page 4 of 4
Case 1:13-cv-00713-RJL Document 28 Filed 10/16/14 Page 2 of 2

depositions, examinations, issuance of subpoenas regarding assets, restraining notices or proceedings, arrests, garnishment, levies or liens. Nothing herein is intended to have any effect on the underlying arbitral award or the related legal proceedings in other jurisdictions.

Entered this 15th day of Oct, 2014

_____
U.S.D.J.

ATTORNEYS TO BE NOTICED:

Francis A. Vasquez, Jr.
(D.C. Bar No. 442161)
WHITE & CASE LLP
Attorneys for Petitioner
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3603
Fax: (202) 639-9355
Email: fvasquez@whitecase.com

Robert A. Schwinger
(DC Bar ID # NY0092)
CHADBOURNE & PARKE LLP
Attorneys for Respondent
1301 Avenue of the Americas
New York, NY 10019
(212) 408-5100
rschwinger@chadbourne.com

2