UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., )<br>  )<br>*Petitioner*, )<br>  )<br>v. )<br>  )<br>REPUBLIC OF THE CONGO, )<br>  )<br>*Respondent*. )<br>  ) | Civil Action No. 1:13-cv-713-RJL |

### DECLARATION OF FRANCIS A. VASQUEZ, JR.

I, Francis A. Vasquez, Jr., declare as follows:

1. I am a partner in the Washington, D.C. office of White & Case LLP, counsel for Petitioner Commissions Import Export, S.A. ("Commisimpex") in the above-captioned matter, and in another case in this Court involving the same parties, *Commissions Import Export S.A. v. Republic of the Congo, et al.*, No. 1:12-cv-743-RCL. I am an attorney licensed to practice in the District of Columbia and the State of New York.

2. I submit this declaration in support of Commisimpex's Motion to Compel Republic of the Congo to Answer Post-Judgment Interrogatories.

3. On August 25, 2015, I issued on behalf of Commisimpex post-judgment interrogatories in an effort to identify Congolese assets that might be subject to post-judgment enforcement proceedings. A copy of these interrogatories is attached to my declaration as Exhibit A.

4. The Congo responded to the post-judgment interrogatories on September 28, 2015. A copy of the Congo's Responses and Objections is attached to my declaration as Exhibit B.

5. On October 1, 2015, counsel for the parties participated in a meet-and-confer to discuss the scope of discovery. On that call, I suggested that the Congo answer the interrogatories to the extent possible given its objections. Counsel for the Congo stated that they were not authorized to agree to modify or withdraw any of its objections, and that they would not produce any substantive responses to the interrogatories.

6. Following the call, the parties reaffirmed their positions by e-mail. This email exchange is attached to my declaration as Exhibit C.

7. To date, the Congo has not produced any substantive response to Commisimpex's interrogatories, and Commisimpex has thus brought this motion in order to compel the Congo to respond.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of October 2015 in Washington, D.C.

/s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr.