# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COMMISSIONS IMPORT EXPORT S.A., | ) | |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 1:13-cv-713-RJL |
| | ) | |
| REPUBLIC OF THE CONGO, | ) | |
| | ) | |
| *Respondent.* | ) | |
| | ) | |

### COMMISIMPEX'S FIRST SET OF
### POST-JUDGMENT INTERROGATORIES TO RESPONDENT

Pursuant to Rules 33 and 69(a) of the Federal Rules of Civil Procedure, Petitioner Commissions Import Export S.A. ("Commisimpex"), by its attorneys, White & Case LLP, hereby requests that Respondent, the Republic of the Congo ("Congo") answer separately and under oath each of the following interrogatories within the time allowed by law.

### DEFINITIONS

1. "Congo" refers to Respondent, the Republic of the Congo or the Government of the Republic of the Congo.

2. "Liquid Asset" as used herein refers to any cash or currency in any national denomination, any claim for receipt of money, any contract claim or chose in action, any interest in a commercial venture, or any stocks, bonds, letters of credit, or any other financial property.

3. "Tangible Asset" as used herein refers to any tangible property, including but not limited to real property, hotels or resorts, offices, buildings, dwelling places, houses, apartments, condominiums, vehicles, valuable jewelry, paintings, or any works of art.

4. "Instrumentality" as used herein refers to any agency, administrative agency, government-owned corporation or any subsidiary of such corporation and government-controlled corporation or any subsidiary of such corporation.

5. "Foreign" refers to any entity that does not reside in Congo, or in the case of a business or corporation, is not incorporated in Congo.

6. "State" refers to any sovereign nation.

7. "Commercial activity" means any activity engaged in for the purposes of commerce, including continuous commercial activity or a single commercial transaction or act.

8. "Creditor" refers to all individuals, foreign states and/or other entities to whom Congo is in default in any obligation.

9. "Debtor" refers to all individuals, foreign states and/or other entities who owe a debt to Congo.

### INSTRUCTIONS

1. These interrogatories are continuing in nature so as to require Congo to supplement its answers as required by Fed. R. Civ. P. 26(e).

2. Unless otherwise specified, the applicable time period shall be from August 23, 2003 to the present.

3. When asked to "describe the location" of an asset, including but not limited to an account at a financial institution, the description should include:

      a. the name, address, and telephone number of the entity where the asset is located;

      b. if the asset is located at a financial institution: identification of the account, including the name of the account holder and the account number; and

    c.  the value of the asset as of (a) the date these interrogatories are received by Congo, and (b) the date these interrogatories are answered by Congo.

4.  When asked to "identify" a person, if that person is an individual, specify the person's:

    a.  full name;

    b.  last known business address;

    c.  last known residence address;

    d.  last known occupation or employer (or business affiliation);

    e.  last known title or position;

    f.  employer and position at the time relevant to the particular inquiry; and

    g.  a brief description of the duties and responsibilities of the person at the time relevant to the particular inquiry.

## **INTERROGATORIES**

1.  Identify and describe the location of any bank accounts maintained by Congo or by any Instrumentality of Congo, within or without Congo.  For each account, set forth the following:

    a.  The name, address and telephone number of the bank or entity where the asset is located;

    b.  The name of the account holder;

    c.  The account number;

    d.  The value of the account as of the date these interrogatories are received by Congo;

    e.  The value of the account as of the date these interrogatories are answered by Congo;

      f.   A detailed description of the purpose for the funds in the account; and

      g.   A detailed description of the account's activity from August 23, 2003 to the present date.

2.  Identify and describe the location of any bank accounts that are not maintained by Congo or by an Instrumentality of Congo, but in which Congo or any Instrumentality of Congo has money deposited at this time, within or without Congo.  For each account, set forth the following:

      a.   The name, address and telephone number of the bank or entity where the asset is located;

      b.   The name of the account holder;

      c.   The account number;

      d.   The value of the account as of the date these interrogatories are received by Congo;

      e.   The value of the account as of the date these interrogatories are answered by Congo;

      f.   A detailed description of the purpose for the funds in the account; and

      g.   A detailed description of the account's activity from August 23, 2003 to the present date.

3.  Identify and describe the location, ownership (including name and address), and purpose of any and all Liquid Assets owned by Congo or by any Instrumentality of Congo, located within or without Congo.

4.   Identify and describe the location, ownership (including name and address), and purpose of any and all Tangible Assets owned by Congo or by any Instrumentality of Congo, located within or without Congo.

5.   As to each Liquid and Tangible Asset identified in Interrogatories 3 and 4, identify all persons or entities with knowledge or information regarding the particular Liquid or Tangible Asset.

6.   Set forth, identify and describe any entities, persons or states, who owe a debt to Congo, or an Instrumentality of Congo.  For each Debtor, set forth the following:

      a.   The name, address and telephone number of each debtor;

      b.   The amounts owed;

      c.   The underlying reason for the debt;

      d.   Whether or not there is written evidence of this indebtedness, and if so, the location and custodian of the written indebtedness;

      e.   Whether there is any payment schedule that is in place, and if so, describe the schedule; and

      f.   Whether Congo, or an Instrumentality of Congo, has commenced any litigation or enforcement proceedings concerning the amounts owed, and if so, describe the litigation or enforcement proceedings.

7.   Set forth, identify, and describe any Creditors of Congo or an Instrumentality of Congo. For each Creditor, set forth the following:

      a.   The name, address, and telephone number of each Creditor;

      b.   The amounts owed;

      c.   The underlying reason for the obligation;

    d.   Whether there is any payment schedule that is in place, and if so, describe the

        schedule; and

    e.   Whether any such Creditor has commenced any litigation or enforcement

        proceedings concerning amounts owed, and if so, describe the litigation or

        enforcement proceeding.

8.  Identify every Congolese official who resides, temporarily or permanently, within the United States.

9.  Identify and describe all Foreign assistance that Congo, or an Instrumentality of Congo, receives from any Foreign entity (including any Foreign nation, business, corporation, consortium, or person).

10.  Identify and describe any contract, agreement, or relationship between Congo or any Instrumentality of Congo and a Foreign entity (including any Foreign nation, business, corporation, consortium of person), by which such Foreign entity invests in any way in Congo, or an Instrumentality of Congo.  Include in such description:

    a.   The name and location of the Foreign entity;

    b.   The date of execution of any contract or agreement, or of initiation of the

        relationship and current status of the contract, agreement, or relationship;

    c.   The location and custodian of a copy of any contract or agreement;

    d.   A description of the terms of any contract, including, but not limited to, the

        obligations and liabilities of the Foreign entity to Congo or an Instrumentality

        of Congo, including any payment or royalty obligations to Congo or an

        Instrumentality of Congo;

    e.   A description of any and all transfers of funds that have taken place under any

contract, agreement, or relationship, including an identification of any bank or financial institution that participated in the transfer of the funds;

    f.   A description of any and all transfers of funds intended to take place within the next five years, including an identification of the name and location of any bank or financial institution that will participate in the transfer of the funds; and

    g.   A description of the ownership or interest, if any, of Congo or an Instrumentality of Congo in the Foreign entity.

11.  Identify the five persons most knowledgeable about Congo or an Instrumentality of Congo's Liquid Assets, Tangible Assets, accounts or monies in any financial institution, monies, debts owed to Congo, or an Instrumentality of Congo, Congo's creditors, and foreign investments in Congo or in an Instrumentality of Congo.

12.  Identify and describe any books or records maintained by Congo, or an Instrumentality of Congo, that concern Congo or an Instrumentality of Congo's Liquid Assets, Tangible Assets, accounts or monies in any financial institution, monies, debts owed to Congo, or an Instrumentality of Congo, Congo's creditors, and foreign investments in Congo or in an Instrumentality of Congo.

13.  Identify the names and titles, if any, of all individuals who participated or assisted in preparing these interrogatories, or who prepared or supplied any information, indicating in the case of each such individual the interrogatory number which he prepared or for which he supplied any information or answer.

Dated: Washington, DC          Respectfully submitted,
       August 25, 2015

                      WHITE & CASE LLP

Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Nicolle E. Kownacki (D.C. Bar No. 1005627)
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
*Counsel for Petitioner*
*Commissions Import Export S.A.*

## <u>CERTIFICATE OF SERVICE</u>

I, Francis A. Vasquez, Jr., hereby certify that a copy of PETITIONER

COMMISIMPEX'S FIRST SET OF POST-JUDGMENT INTERROGATORIES TO

RESPONDENT was served on August 25, 2015 upon the following via UPS delivery and e-

mail:

*Counsel for Respondent the Republic of the Congo*

Robert A. Schwinger
Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 408-5100
rschwinger@chadbourne.com

Boaz S. Morag
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2894
bmorag@cgsh.com

Dated: Washington, DC
      August 25, 2015

_____
Francis A. Vasquez, Jr.
*Counsel for Petitioner*
*Commissions Import Export S.A.*