UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., )<br>)<br>*Petitioner*, )<br>)<br>v. )<br>)<br>REPUBLIC OF THE CONGO, )<br>)<br>*Respondent*. )<br>) | Civil Action No. 1:13-cv-713-RJL |

### DECLARATION OF FRANCIS A. VASQUEZ, JR.

I, Francis A. Vasquez, Jr., declare as follows:

1. I am a partner in the Washington, D.C. office of White & Case LLP, counsel for Petitioner Commissions Import Export, S.A. ("Commisimpex") in the above-captioned matter, and in another case in this Court involving the same parties, *Commissions Import Export S.A. v. Republic of the Congo, et al.*, No. 1:12-cv-743-RCL. I am an attorney licensed to practice in the District of Columbia and the State of New York.

2. I submit this declaration in support of Commisimpex's Reply Memorandum in Support of its Motion to Compel Republic of the Congo to Answer Post-Judgment Interrogatories.

3. Attached to my declaration are the following documents pertaining to a motion to compel post-judgment discovery previously filed by judgment-creditors in the case *Ioan Micula, et al. v. The Government of Romania*, Case No. 1:15-mc-107-LGS (S.D.N.Y.). That motion was granted *in toto* by Judge Schofield on December 3, 2015.

- Attached as <u>Exhibit A</u> is the judgment-creditors' Memorandum of Law in Support of Motion to Compel Romania to Answer Post-Judgment Interrogatories, dated October 8, 2015.

- Attached as <u>Exhibit B</u> are the post-judgment interrogatories in question, which are substantially similar to those propounded in this action.

- Attached as <u>Exhibit C</u> is the December 3, 2015 Order of the District Court declining to impose a stay of discovery and granting *in toto* the judgment-creditors' motion to compel.

\*    \*    \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of December 2015 in Washington, D.C.

/s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr.