# Exhibit C

```
                                                             USDC SDNY
                                                             DOCUMENT
UNITED STATES DISTRICT COURT                                 ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                DOC #:
------------------------------------------------------------X DATE FILED: 12/03/2015
                                                    :
   IOAN MICULA, et al.,                             :
                                  Petitioners,      :
                                                    :         15 Misc. 107 (Part I)
                       -against-                    :
                                                    :                 ORDER
   THE GOVERNMENT OF ROMANIA,                       :
                                  Respondent.       :
                                                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 2, 2015, [Dkt. 85] Respondent filed a notice of appeal from (a) the Amended Order and Judgment, dated April 28, 2015, (b) the Opinion and Order, dated August 5, 2015, denying the Motion to Vacate and Motion to Stay Enforcement, and (c) the Opinion and Order, dated September 3, 2015, denying Romania's Motion to Reconsider;

WHEREAS, on October 8, 2015, [Dkt. 86] Petitioners filed a motion to compel Respondent to answer post-judgment interrogatories;

WHEREAS, on October 20, 2015, in response to the Court's Order dated October 13, 2015, Petitioners and Respondent filed simultaneous letter briefs addressing whether the Court can consider Petitioners' motion to compel notwithstanding the appeal [Dkts. 90 and 91];

WHEREAS, Respondent in its letter submission (i) implied that it has not filed a motion for stay pursuant to Federal Rule of Civil Procedure 62(d) in this Court because it is unwilling to post a supersedeas bond; and (ii) represented that it would file a motion for stay with the Second Circuit Court of Appeals no later than October 27, 2015, but has not done so; it is hereby

**ORDERED** that Petitioner's motion to compel is GRANTED. The Clerk is directed to close the motion at Docket No. 86.

Dated: December 3, 2015
      New York, New York

                                       **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**