## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COMMISSIONS IMPORT EXPORT S.A.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | **Civil Case No. 13-713 (RJL)** |
| | ) | |
| **REPUBLIC OF THE CONGO,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**FILED**

DEC 1 6 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER
December ~~16~~ 2015 [Dkt. # 38]

Upon consideration of Petitioner Commissions Import Expert S.A.'s Motion to

Compel Respondent Republic of the Congo to Answer Post-Judgment Interrogatories, the

opposition and reply thereto, and the evidentiary submissions filed in support thereof, it is

hereby:

**ORDERED** that Petitioner's Motion to Compel Republic of the Congo to Answer

Post-Judgment Interrogatories is **GRANTED**; and it is

**FURTHER ORDERED** that, subject to the Court's review and approval,

Petitioner is awarded attorney's fees and costs associated with the preparation of its

Motion to Compel and any reply thereto.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge