# Exhibit A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
NML CAPITAL, LTD.,
        Plaintiff,
    v.
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------- x

: 03 Civ. 8845 (TPG)
: 05 Civ. 2434 (TPG)
: 06 Civ. 6466 (TPG)
: 07 Civ. 1910 (TPG)
: 07 Civ. 2690 (TPG)
: 07 Civ. 6563 (TPG)
: 08 Civ. 2541 (TPG)
: 08 Civ. 3302 (TPG)
: 08 Civ. 6978 (TPG)
: 09 Civ. 1707 (TPG)
: 09 Civ. 1708 (TPG)

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
    v.
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------- x

07 Civ. 2715 (TPG)
07 Civ. 11327 (TPG)

BLUE ANGEL CAPITAL I LLC,
        Plaintiff,
    v.
THE REPUBLIC OF ARGENTINA,
        Defendant.
------------------------------------------------------- x

07 Civ. 2693 (TPG)
10 Civ. 4101 (TPG)
10 Civ. 4782 (TPG)

*captions continued on following pages*

```
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD.                           :
and ACP MASTER, LTD.,                                   :
                                                        :
              Plaintiffs,                               :
                                                        :        09 Civ. 8757 (TPG)
       v.                                               :        09 Civ. 10620 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
              Defendant.                                :
                                                        :
------------------------------------------------------- x
AURELIUS OPPORTUNITIES FUND II, LLC                     :
and AURELIUS CAPITAL MASTER, LTD.,                      :
                                                        :
              Plaintiffs,                               :
                                                        :
       v.                                               :        10 Civ. 1602 (TPG)
                                                        :        10 Civ. 3507 (TPG)
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
              Defendant.                                :
                                                        :
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and                       :
AURELIUS OPPORTUNITIES FUND II, LLC                     :
                                                        :
              Plaintiffs,                               :
                                                        :
       v.                                               :        10 Civ. 3970 (TPG)
                                                        :        10 Civ. 8339 (TPG)
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
              Defendant.                                :
                                                        :
------------------------------------------------------- x
```

## ORDER

As stated at yesterday's hearing, the court's ruling regarding plaintiffs' motions for discovery sanctions is as follows:

> "The Court finds that the Republic of Argentina has failed to comply with the September 25, 2013 discovery order as it relates to assets of the Republic. The Court further imposes the following sanction for such failure. The following is the sanction: any property of the Republic in the United States except diplomatic or military property is deemed to be used for commercial activity. The Court further holds that if the Republic is claiming a privilege as to any documents or information required to be produced under the discovery order of September 25, 2013, it is directed to prepare and deliver within 10 days of today a privilege log on a document-by-document basis. Failure to do so will be deemed to be a waiver of the claim of privilege. The Court makes no determination at this time as to sanctions, if any, with respect to the alter ego issue."

Hr'g Tr. at 58:24–59:12 (Aug. 12, 2015).

SO ORDERED.

Dated: New York, New York
August 13, 2015

Thomas P. Griesa
United States District Judge