# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 15-7076                                    September Term, 2015
                                               1:13-cv-00713-RJL

Filed On: May 18, 2016

Commissions Import Export S.A.,

    Appellee

    v.

Republic of the Congo,

    Appellant

    **BEFORE:**  Rogers, Brown, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion to voluntarily dismiss the appeal and to withdraw as counsel, the response thereto, and the reply; and appellee's motion for attorneys' fees and sanctions, the opposition thereto, and the reply, it is

**ORDERED** that the motion for voluntary dismissal be granted and the appeal be dismissed with prejudice. See Fed. R. App. P. 42(b). While the parties have agreed that any costs authorized under Federal Rule of Appellate Procedure 39 and D.C. Circuit Rule 39 should be taxed against appellant, appellee has not incurred any allowable costs at this stage of the appeal. Accordingly, the court finds no basis for an award of costs as a condition for dismissal pursuant to Federal Rule of Appellate Procedure 42(b). It is

**FURTHER ORDERED** that the motion to withdraw as counsel be granted. The Clerk is directed to note the docket accordingly. It is

**FURTHER ORDERED** that the motion for attorneys' fees and sanctions be denied. Appellee has not shown any basis for such an award under D.C. Circuit Rule 38 or 28 U.S.C. § 1927. See Reliance Ins. Co. v. Sweeney Corp., 792 F.2d 1137, 1138 (D.C. Cir. 1986) (per curiam); United States v. Wallace, 964 F.2d 1214, 1220 (D.C. Cir. 1992).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue forthwith to the district court a certified copy of this order in lieu of formal mandate.

**Per Curiam**

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk