# Exhibit A

RFI.fr (http://www.rfi.fr) | RFI Savoirs (https://savoirs.rfi.fr) | RFI Musique (http://www.rfimusique.com) | MaRFI (https://marfi.rfi.fr)

France Médias Monde (http://www.rfi.fr/contenu/inscription-newsletter-rfi) | RFI EN 15 LANGUES (/LANGUES)

AFRIQUE (http://www.rfi.fr/afrique/)

ÉCOUTER

DIRECT (HTTP://WWW.RFI.FR/)

CONGO-BRAZZAVILLE (HTTP://WWW.RFI.FR/AFRIQUE/TAG/CONGO-BRAZZAVILLE/) | DENIS SASSOU-NGUESSO (HTTP://WWW.RFI.FR/AFRIQUE/TAG/DENIS-SASSOU-NGUESSO/)

# Congo-Brazza: Antoinette Sassou-Nguesso convoquée par des avocats aux Etats-Unis



Le président congolais Denis Sassou-Nguesso et sa femme Antoinette, le 15 juillet 2012.
© AFP/GUY-GERVAIS KITINA

Par **RFI** (/auteur/rfi)  Publié le 27-06-2016 • Modifié le 27-06-2016 à 13:28

**La femme du chef de l'Etat, Antoinette Sassou-Nguesso, est convoquée lundi 27 juin par le cabinet d'avocats White and Case, agissant suite à une décision de justice américaine. Selon l'avocate de l'Etat congolais, la Première dame ne devrait pas se rendre à cette convocation faisant valoir son immunité diplomatique. Cette assignation n'est que le dernier épisode d'un bras de fer judiciaire qui oppose Denis Sassou-Nguesso à l'homme d'affaires anglo-libanais Mohsen Hojeij.**

Le feuilleton débute dans les années 1980. **Mohsen Hojeij dirige alors une importante société privée** (http://atelier.rfi.fr/profiles/blogs/le-congo-epingle-par-la) baptisée Commisimpex. Il connait bien le chef de l'Etat et remporte d'importants marchés publics. Problème : à la fin des travaux, Brazzaville ne lui verse qu'une petite partie de l'argent promis.

Une bataille judiciaire commence pour récupérer la créance, menée sur plusieurs fronts : Royaume-Uni, Belgique, Suède, Etats-Unis, et France. A deux reprises (en 2000 et 2003), la justice donne raison à l'homme d'affaires anglo-libanais. Mais Brazzaville refuse toujours de payer la dette et tente en 2012 de la faire annuler en déclarant la société Commisimpex en faillite.

**Une dette d'un milliard d'euros**

Les tribunaux américains et français rejettent cette liquidation, mais sachant qu'il a peu de chances de récupérer son argent au Congo, le patron de Commisimpex tente par tous les moyens de faire saisir les biens de l'Etat congolais à l'étranger. En 2015, l'équivalent de six millions d'euros ont pu été glanés à Paris sur des comptes bancaires appartenant aux autorités congolaises.

Mais aux yeux de l'équipe d'avocats de l'homme d'affaires, ce n'est pas assez. Ils promettent de poursuivre leur traque jusqu'au bout. D'autant qu'au fil des ans, la créance n'a cessé d'augmenter : passant de 100 millions d'euros en 1990 à un milliard aujourd'hui, soit **près de 20 % du budget de l'Etat congolais** (http://www1.rfi.fr/actufr/articles/074/article_42029.asp) l'an passé.

**Assignation de la Première dame**

Lundi 27 juin, la femme du chef de l'Etat est convoquée par le cabinet d'avocats White and Case. Objectif de cette assignation : pousser Antoinette Sassou-Nguesso à coopérer en fournissant au cabinet d'avocat américain toute information en sa possession sur les sources **de revenus de sa famille, l'emplacement de ses biens, ainsi que ceux de l'Etat congolais** (http://www.rfi.fr/afrique/20150302-scandale-corruption-touche-le-fils-president-congolais). Des biens, qui selon les avocats de l'homme d'affaires sont « *connus pour faire l'objet de pratiques et de transferts frauduleux* ».

Le document d'assignation relève la liste des personnes auxquels l'entourage de l'homme d'affaires s'intéresse pour récupérer leur créance. Au total, ce sont 63 personnes, parmi lesquelles des enfants du couple présidentiel, le chef des services de renseignement congolais ou encore le négociant en pétrole Lucien Ebata. « *Des personnalités,* explique-t-on dans l'entourage de Mohsen Hojeij, *susceptibles de détenir des informations importantes ou d'avoir servi de possible prête-nom* », dont certaines ont été citées par le passé dans des affaires de détournement de fonds.

« C*ette assignation est contraire aux règles de la diplomatie et de la courtoisie internationale. On n'assigne pas une Première dame, personnellement ça me choque. Madame Sassou n'a rien à voir avec* **ce problème étatique** (http://www.rfi.fr/afrique/20160416-congo-brazzaville-defis-sassou-nguesso-investiture-zuma-deby-bongo-issoufou-santos-)*, les personnes physiques elles-mêmes ne sont pas concernées* », a déclaré au micro de RFI, Simone Bernard Dupré, avocate de l'Etat congolais.

RFI.fr (http://www.rfi.fr) | RFI Knowledge (https://savoirs.rfi.fr) | RFI Musique (http://www.rfimusique.com) | Marfi (https://marfi.rfi.fr)

France World Media (http://www.rfi.fr/contenu/inscription-newsletter-rfi) | RFI IN 15 LANGUAGES (/LANGUES)

# AFRICA (http://www.rfi.fr/afrique/)

LISTEN
DIRECT (HTTP://WWW.RFI.FR)

CONGO - BRAZZAVILLE (HTTP://WWW.RFI.FR/AFRIQUE/TAG/CONGO-BRAZZAVILLE/) | DENIS SASSOU-NGUESSO (HTTP://WWW.RFI.FR/AFRIQUE/TAG/DENIS-SASSOU-NGUESSO/)

# Congo-Brazzaville: Sassou-Nguesso Antoinette called by lawyers in the US



Congolese President Denis Sassou-Nguesso and his wife Antoinette, July 15, 2012.
© AFP / GUY-GERVAIS Kitina

By **RFI (/auteur/rfi)**         Posted on 27-06-2016 • Changed at 27-06-2016 at 13:28

**The wife of the head of state, Antoinette Sassou-Nguesso, is convened Monday, June 27 by the law firm White and Case, acting after a US court decision. According to the lawyer of the Congolese state, the first lady should not go to the summons claiming diplomatic immunity. This assignment is only the latest episode in a legal tussle which pits Denis Sassou-Nguesso Anglo-Lebanese businessman Mohsen Hojeij.**

The series begins in the 1980s **Mohsen Hojeij then directs a major private** (http://atelier.rfi.fr/profiles/blogs/le-congo-epingle-par-la) baptized Commisimpex. He knows the head of state and won significant public procurement. Problem: at the end of the work, Brazzaville pays a fraction of the promised money.

A court battle begins to recover the debt, on several fronts: the United Kingdom, Belgium, Sweden, USA, and France. Twice (in 2000 and 2003), the court sided with the Anglo-Lebanese businessman. Brazzaville but still refuses to pay the debt and attempts in 2012 to overturn declaring Commisimpex bankrupt company.

**A debt of one billion euros**

The American and French courts reject this liquidation, but knowing that he is unlikely to get his money in the Congo, the boss of Commisimpex trying every means to seize the property of the Congolese state abroad. In 2015, the equivalent of six million have been gleaned to Paris bank accounts belonging to the Congolese authorities.

But the eyes of the team of lawyers of the businessman, it is not enough. They promise to continue their hunt to the end. Especially over the years, the debt has been increasing: from 100 million euros in 1990 to one billion today, **nearly 20% of the budget of the Congolese state** (http://www1.rfi.fr/actufr/articles/074/article_42029.asp) the year.

**Assigning the First Lady**

Monday, June 27, the wife of the Head of State is convened by the law firm White and Case. Objective of this assignment: push Antoinette Sassou-Nguesso to cooperate by providing the American law firm any information in its possession on sources **income family, the location of his assets and those of the Congolese state** (http://www.rfi.fr/afrique/20150302-scandale-corruption-touche-le-fils-president-congolais) . Property, which according to the businessman's lawyers are "  *known to be the subject of practices and fraudulent transfers*  ".

The assignment document are the list of persons to which the entourage of the businessman is interested to recover their debt. In total, 63 people, including children of the presidential couple, the chief of the Congolese intelligence services or the oil trader Lucien Ebata. "  *Personalities,* says does one in the entourage of Mohsen Hojeij, *may hold important information or have served possible nominee*  ," some of which have been quoted in the past in cases of embezzlement .

"C *ette assignment is against the rules of diplomacy and international comity. It does not assign a First Lady, it personally offends me. Mrs. Sassou has nothing to do with* **this problem state** (http://www.rfi.fr/afrique/20160416-congo-brazzaville-defis-sassou-nguesso-investiture-zuma-deby-bongo-issoufou-santos-) *, individuals themselves are not affected*  , "said the micro RFI Simone Bernard Dupré, lawyer of the Congolese state.

Timeline and key figures

 **CONGO (HTTP://WWW.RFI.FR/CONTENU/CONGO-CHRONOLOGIE-DATES-GEOGRAPHIE-DEMOGRAPHIE-ECONOMIE-CHIFFRES)**