# Exhibit B

```
1             UNITED STATES DISTRICT COURT
                  DISTRICT OF COLUMBIA
2    -------------------------------X
3    COMMISSIONS IMPORT EXPORT S.A., )
4              Petitioner,           )
5       v.                           )  Civil Action No.
6    REPUBLIC OF THE CONGO,          )  1:13-cv-713-RJL
7              Respondent.           )
8    -------------------------------X
9
10           CERTIFICATE OF NONATTENDANCE
11         FOR THE VIDEOTAPED DEPOSITION OF
12              ANTOINETTE SASSOU NGUESSO
13
```

14          I, Cindy L. Sebo, RMR CRR, RPR, CSR,
15  CCR, CLR, RSA, LiveDeposition Authorized
16  Reporter, and a Notary Public in the District of
17  Columbia, do hereby certify that notice was
18  issued to ANTOINETTE SASSOU NGUESSO to take oral
19  and videotaped deposition on the 27th day of June
20  2016 at 10:00 a.m., in the offices of White &
21  Case LLP, 701 Thirteenth Street, Northwest,
22  Washington, D.C. 20005-3807.
23          On the 27th day of June 2016,
24  pursuant to said notice, I was present, along
25  with the Videographer, Jason Levin; and Counsel

```
1    for Petitioner, Francis A. Vasquez, Jr., and
2    Timothy L. Wilson, Jr., White & Case, in the
3    offices of White & Case LLP, 701 Thirteenth
4    Street, Northwest, Washington, D.C. 20005-3807,
5    at the hour of 10:00 a.m., and did remain in said
6    offices until the hour of 11:30 a.m. on the said
7    day.
8              During the time between 10:00 a.m.
9    and 11:30 a.m., ANTOINETTE SASSOU NGUESSO failed
10   to appear to be deposed.
11
12
13
14
15
16
17              DATED: JUNE 27, 2016
18              _____
19              Cindy L. Sebo, Notary Public
20              for the District of Columbia
21
22
23
24        My Commission Expires:
25             April 30, 2020
```

```
 1              A P P E A R A N C E S:

 2      For the Petitioner, Commissions Import Export S.A.:

 3           FRANCIS A. VASQUEZ, JR., ESQUIRE
             TIMOTHY L WILSON, JR., ESQUIRE
 4           WHITE & CASE LLP
             701 Thirteenth Street, Northwest
 5           Washington, D.C.  20005-3807
             202.626.3600
 6           fvasquez@whitecase.com
             timothy.wilson@whitecase.com
 7

 8
       ALSO PRESENT:
 9
           JASON LEVIN, Certified Videographer
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
-
                                  E                        time [1]   2/8
                                                           Timothy [2]  2/2 3/3
  1/2 1/8                         ESQUIRE [2]   3/3 3/3    Timothy L [1]   2/2
                                  Expires [1]   2/24       timothy.wilson [1]   3/6
1                                 EXPORT [2]   1/3 3/2
                                                           U
10:00 [2]   2/5 2/8               F
10:00 a.m [1]   1/20                                       UNITED [1]   1/1
11:30 [2]   2/6 2/9               failed [1]   2/9         until [1]   2/6
1:13-cv-713-RJL [1]   1/6         Francis [2]   2/1 3/3
                                  fvasquez [1]   3/6       V
2
                                  H                        Vasquez [2]   2/1 3/3
20005-3807 [3]   1/22 2/4                                  Videographer [2]   1/25 3/9
 3/5                              hereby [1]   1/17        videotaped [2]   1/11 1/19
2016 [3]   1/20 1/23 2/17         hour [2]   2/5 2/6
202.626.3600 [1]   3/5                                     W
2020 [1]   2/25                   I
27 [1]   2/17                                              was [2]   1/17 1/24
27th [2]   1/19 1/23              IMPORT [2]   1/3 3/2     Washington [3]   1/22 2/4
                                  issued [1]   1/18         3/5
3                                                          White [4]
                                  J                        whitecase.com [2]   3/6 3/6
30 [1]   2/25                                              Wilson [2]   2/2 3/3
3807 [3]   1/22 2/4 3/5           Jason [2]   1/25 3/9
                                  Jr [4]
7                                 June [3]   1/19 1/23 2/17

701 [3]   1/21 2/3 3/4            L

A                                 Levin [2]   1/25 3/9
                                  LiveDeposition [1]   1/15
a.m [5]                           LLP [3]   1/21 2/3 3/4
Action [1]   1/5
along [1]   1/24                  M
ALSO [1]   3/8
ANTOINETTE [3]   1/12 1/18        My [1]   2/24
 2/9
appear [1]   2/10                 N
April [1]   2/25
Authorized [1]   1/15             NGUESSO [3]   1/12 1/18 2/9
                                  No [1]   1/5
B                                 NONATTENDANCE [1]   1/10
                                  Northwest [3]   1/21 2/4 3/4
be [1]   2/10                     Notary [2]   1/16 2/19
between [1]   2/8                 notice [2]   1/17 1/24

C                                 O

Case [4]                          offices [3]   1/20 2/3 2/6
CCR [1]   1/15                    oral [1]   1/18
CERTIFICATE [1]   1/10
Certified [1]   3/9               P
certify [1]   1/17
Cindy [2]   1/14 2/19             Petitioner [3]   1/4 2/1 3/2
Civil [1]   1/5                   present [2]   1/24 3/8
CLR [1]   1/15                    Public [2]   1/16 2/19
COLUMBIA [3]   1/1 1/17 2/20      pursuant [1]   1/24
Commission [1]   2/24
COMMISSIONS [2]   1/3 3/2         R
CONGO [1]   1/6
Counsel [1]   1/25                remain [1]   2/5
COURT [1]   1/1                   Reporter [1]   1/16
CRR [1]   1/14                    REPUBLIC [1]   1/6
CSR [1]   1/14                    Respondent [1]   1/7
cv [1]   1/6                      RJL [1]   1/6
                                  RMR [1]   1/14
D                                 RPR [1]   1/14
                                  RSA [1]   1/15
D.C [3]   1/22 2/4 3/5
DATED [1]   2/17                  S
day [3]   1/19 1/23 2/7
deposed [1]   2/10                S.A [2]   1/3 3/2
deposition [2]   1/11 1/19        said [3]   1/24 2/5 2/6
did [1]   2/5                     SASSOU [3]   1/12 1/18 2/9
DISTRICT [4]                      Sebo [2]   1/14 2/19
do [1]   1/17                     STATES [1]   1/1
During [1]   2/8                  Street [3]   1/21 2/4 3/4

                                  T

                                  take [1]   1/18
                                  that [1]   1/17
                                  Thirteenth [3]   1/21 2/3
                                   3/4
```