## **CERTIFICATE OF SERVICE**

I, Francis A. Vasquez, Jr., hereby certify that I caused a copy of PETITIONER COMMISSIONS IMPORT EXPORT S.A.'S MOTION TO COMPEL ANTOINETTE SASSOU NGUESSO TO COMPLY WITH THE JUNE 9, 2016 SUBPOENA to be served on July 6, 2016, upon the following via UPS or DHL:

Antoinette Sassou Nguesso
c/o Fondation Congo Assistance
B.P. 2720
Brazzaville, Congo

Antoinette Sassou Nguesso
c/o Edgard Nguesso
250 K Street NE
Apt. 205
Washington, DC 20002-8210

Antoinette Sassou Nguesso
c/o Edgard Nguesso
1203 Fidler Lane
Silver Spring, MD 20910-3490

Antoinette Sassou Nguesso
c/o Edgard Nguesso
1203 Fidler Lane
Apt. 505
Silver Spring, MD 20910-7403

Antoinette Sassou Nguesso
c/o Claude Wilfrid Etoka
10801 Boswell Lane
Potomac, MD 20854-6319

Antoinette Sassou Nguesso
c/o Yaya Moussa and/or Catherine Moussa
2409 Chilham Place
Potomac, MD 20854-6214

Antoinette Sassou Nguesso
c/o Yaya Moussa and/or Catherine Moussa
7514 Westlake Terrace
Bethesda, MD 20817-6541

Antoinette Sassou Nguesso
c/o Yaya Moussa and/or Catherine Moussa
8816 Twin Creek Court
Rockville, MD 20854-4472

Antoinette Sassou Nguesso
c/o Yaya Moussa and/or Catherine Moussa
2185 Stratton Drive
Potomac, MD 20854-6139

And via this Court's electronic filing system (ECF):

Robert A. Schwinger
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 408-5100
rschwinger@chadbourne.com

*Counsel for Respondent Republic of the Congo*


Dated: Washington, DC
       July 6, 2016

/s/ *Francis A. Vasquez, Jr.*
Francis A. Vasquez, Jr.