**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A. )<br>)<br>*Petitioner*,   )<br>)<br>v.   )<br>)<br>REPUBLIC OF CONGO   )<br>)<br>*Respondent*.   )<br>) | Civil Action No. 1:13-cv-713-RJL |

### MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER

Non-Party Denis-Christel Sassou Nguesso, by and through his undersigned counsel, in accordance with Fed. R. Civ. P. 26, 45 and 69, for the reasons set forth in the accompanying Memorandum in Support of the Motion, respectfully moves for an order quashing the September 14, 2016 Subpoena (Dkt. No. 60), which was allegedly served upon him, or alternatively for a protective order.  In accordance with LCvR 7(f), Mr. Nguesso requests an oral hearing.

### LCvR 7(m) Certification

Prior to filing this motion, counsel for Mr. Nguesso attempted to reach both counsel of record for Commissions Import Export S.A. ("Commissimpex") to determine if Commissimpex would consent to the relief sought in this motion.  Counsel for Mr. Nguesso left voicemails for both counsel.  While counsel for Mr. Nguesso has not yet spoken with counsel for Commissimpex, should Commissimpex consent to the relief sought in this motion, Mr. Nguesso will promptly inform the Court that this motion is unopposed.

WHEREFORE, for the reasons set forth in the accompanying Memorandum in Support, Mr. Nguesso respectfully requests that the Court grant this motion and quash the Subpoena.

Dated: October 27, 2016					Respectfully submitted,

							/s/ Benjamin G. Chew
							Benjamin G. Chew (DC Bar No. 466221)
							Manatt, Phelps & Phillips, LLP
							1050 Connecticut Avenue NW, Suite 600
							Washington, DC 20036
							Telephone:	(202) 585-6511
							Facsimile:	(202) 585-6600
							Email:		bchew@manatt.com

							*Counsel for Non-Party Denis-Christel Sassou Nguesso*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of October 2016, I will file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Francis A. Vasquez, Jr., Esq.
White & Case LLP
701 Thirteenth Street NW
Washington, DC 20005
Telephone:     (202) 626-3603
Facsimile:      (202) 639-9355
Email:           fvasquez@whitecase.com

*Counsel for Petitioner Commissions Import Expert S.A.*

Robert A. Schwinger, Esq.
Marc Suskin, Esq.
Rachel W. Thorn, Esq.
Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 408-5100
Facsimile:      (212) 408-5227
Email:           rschwinger@chadbourne.com
                    msuskin@chadbourne.com
                    rthorn@chadbourne.com

*Counsel for Respondent Republic of the Congo*

        /s/ Benjamin G. Chew
        Benjamin G. Chew (DC Bar No. 466221)
        Manatt, Phelps & Phillips, LLP
        1050 Connecticut Avenue NW, Suite 600
        Washington, DC 20036
        Telephone:     (202) 585-6511
        Facsimile:      (202) 585-6600
        Email:           bchew@manatt.com

        *Counsel for Non-Party Denis-Christel Sassou Nguesso*