# Exhibit H

# LONG BEACH LIMITED
8/F Henley Bldg., 5 Queen's Rd., Central, Hong Kong
Tel No. (852) 2854-4848 Fax No. (852) 2543-4080

RECEIVED
10 JUL 2006
BRANCH 514

10 July 2006

The Manager
The Bank of East Asia, Limited
10 Des Voeux Road Central,
Hong Kong

Dear Sir/Madam,

RE: LONG BEACH LIMITED
ACCOUNT NO.: : 015-514-25-10518-6

Upon receipt of this letter, please immediately transfer from the above captioned account to the following:

| | |
|---|---|
| AMOUNT | : USD 13,197.41****(United States Dollars Thirteen Thousand One Hundred Ninety Seven and Cents Forty One Only.)**** |
| BENEFICIARY BANK | : Standard Chartered Bank (HK) Limited Hong Kong |
| BENEFICIARY NAME | : Online Credit Card Limited |
| ACCOUNT NO | : 317- 1- 008609- 7 |
| MESSAGE | : Payment of Online CC: Denis Christel Sassou Nguesso A/C # 5430 9600 6810 1330 |

Please deduct all bank charges from the above-captioned account.

Should you have any queries on this matter, please contact the Client Treasury Department at 2854 4544.

Please deduct all bank charges from the above-captioned account.

Thank you for your co-operation.

For and on behalf of
LONG BEACH LIMITED
By: Orient Investments Limited

(Authorised Signatory/ies)

REM11-14

ENTRY PASSED
1 1 JUL 2006

Issued of terrorism checked

# DEBIT VOUCHER

**LONG BEACH LIMITED**
Hen[l]ey Bldg., 5 Queen's Rd., Central, Hong Kong
Tel No. (852) 2854-4848　Fax No. (852) 2543-4080

11 September 2006

Record of terrorists checked

The Manager
The Bank of East Asia, Limited
10 Des Voeux Road Central,
Hong Kong

Dear Sir/Madam,

RE: **LONG BEACH LIMITED**
　　**ACCOUNT NO.: : 015-514-25-10518-6**

Upon receipt of this letter, please immediately transfer from the above captioned account to the following:-

| | | |
|---|---|---|
| AMOUNT | : | USD 35,313.36***(United States Dollars Thirty Five Thousand Three Hundred Thirteen and Cents Thirty Six Only.)*** |
| BENEFICIARY BANK | : | Standard Chartered Bank (HK) Limited<br>Hong Kong |
| BENEFICIARY NAME | : | Online Credit Card Limited |
| ACCOUNT NO | : | 317-1-008609-7 |
| MESSAGE | : | Payment of Online CC: Denis Christel Sassou Nguesso<br>A/C # 5430 9600 6810 1330 |

Please deduct all bank charges from the above-captioned account.

Should you have any queries on this matter, please contact **the Client Treasury Department at 2854 4544.**

Please deduct all bank charges from the above-captioned account.

Thank you for your co-operation.

For and on behalf of
**LONG BEACH LIMITED**
By: Orient Investments Limited

_____
(Authorised Signatory/ies)

| FOR BANK USE ONLY | |
|---|---|
| Reference No. REM014 - | 079196-00 |
| Value Date | 11 SEP 2006 |
| Exchange Rate | |
| HKD Equivalent | |
| Service Charges | 70 |
| Commission (Sundries) | |
| Postage / Cable | 130 |
| Additional Handling Charges | 200 |
| Total HKD | |
| Paying Bank | STANDARD CHARTERED BANK (HK) LTD H.K. |
| Covering Bank / Demand Draft Drawn On | CITIBANK NA NEW YORK |
| Received by For and on behalf of The Bank of East Asia, Limited | 11 SEP 2006 |
| Authorised Signature | |

# DEBIT VOUCHER

(M/F – Henley Bldg, 5 Queen's Road, Central, Hong Kong
Tel. No.: (852) 2854-4048  Fax No.: (852) 2543-4080

18 May, 2004                                                                                   Record of terrorists checked

The Manager
The Bank of East Asia, Limited
10 Des Voeux Road
Central, Hong Kong

Dear Sir / Madam:

Re: Long Beach Limited

Upon receipt of this letter, please **immediately** send a telegraphic transfer from the above captioned account to the following:

Amount: USD17,241.15
US Dollars Seventeen Thousand Two Hundred Forty One and Cents Fifteen Only

Beneficiary Bank Name:   Standard Chartered Bank, Hong Kong
Beneficiary Name:        Online Credit Card Limited
Beneficiary Account:     317-1-006609-7
Message:                 Payment of Online CC: Denis Christel Sassou Nguesso
                         #5430-9600-5810-1330

Please deduct local & overseas bank charges from the above-mentioned account.
Thank you for your cooperation.

For and on behalf of
Long Beach Limited
By: Orient Investments Limited

_(signature)_

Authorised Signatory(ies)

Issued by: Angel / Our ref: 012034

| FOR BANK USE ONLY | |
|---|---|
| Reference No. | 939014-036344-00 |
| Value Date | 18 MAY 2004 |
| Exchange Rate | |
| HKD Equivalent | |
| Service Charge | 304-0508.98 |
| Commission Sundries | |
| Postage / Cable | 130-05016.68 |
| Additional Handling Charge | 200-05025.52 |
| Total HKD | |

Paying Bank:
STANDARD CHARTERED BANK HONG KONG

Covering Bank / Demand Draft Drawn On:
UNION BANK OF CALIFORNIA NA,
SAN FRANCISCO

Received by:
For and on behalf of
The Bank of East Asia, Limited  18 MAY 2004

# DEBIT VOUCHER

**Long Beach Limited**
Henley Bldg, 5 Queen's Road, Central, Hong Kong
Tel: (852) 2868-4848  Fax No: (852) 2845-0561

14 July, 2004

The Manager
The Bank of East Asia, Limited
10 Des Voeux Road
Central, Hong Kong

Dear Sir / Madam:

Re: Long Beach Limited
    MCY-015031625-005165

Upon receipt of this letter, please immediately send a telegraphic transfer from the above captioned account to the following:

Amount:  US$ 10,732.59
         US Dollars Ten Thousand Seven Hundred Thirty Two and Cents Fifty Nine Only

Beneficiary Bank Name:   Standard Chartered Bank, Hong Kong
Beneficiary Name:        Online Credit Card Limited
Beneficiary Account:     447-1-008809-2
Message:                 Payment of Online CC, Denis Christel Sassou Nguesso
                         8543-0-9600-6810-1330

Please deduct local & overseas bank charges from the above-mentioned account.
Thank you for your cooperation.

For and on behalf of
Long Beach Limited
By: Orient Investments Limited

(Authorised Signatory/ies)

Prepared by: Angel / Our ref: #13463

Paying Bank: STANDARD CHARTERED BANK HONG KONG
WACHOVIA BANK, NA, NEW YORK