UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| COMMISSIONS IMPORT EXPORT S.A., | ) ) ) | |
| *Petitioner*, | ) ) | |
| *v.* | ) ) | Civil Action No. 1:13-cv-713-RJL |
| REPUBLIC OF THE CONGO, | ) ) ) | |
| *Respondent.* | ) ) | |

**DECLARATION OF EUGENE J. KASSMAN**

I, Eugene J. Kassman, under penalty of perjury, hereby declare as follows:

1. My name is Eugene J. Kassman. I make this declaration in support of Commissions Import Export S.A.'s ("Commisimpex") motion to compel Mr. Sassou Nguesso to comply with the subpoena served upon him on September 19, 2016. I am over the age of 18 years and competent to testify in this matter. I am fully familiar with the facts and circumstances set forth below. Except as noted otherwise, each of the statements in this declaration are based upon my personal knowledge.

2. For seven years, I have worked both full time and part time as a professional process server. In that capacity, I have worked with J&M Delivery, Capitol Process Services, and Torri's Legal Services. I also work as a self-employed courier for Washington Express.

3. I first became involved with the above-captioned case on September 18, 2016. I received an assignment to serve Mr. Sassou Nguesso from Torri Schaffer, the principal of Torri's Legal Services. Ms. Schaffer notified me that I would be reporting to Nina Lew. I was instructed to report to 1250 I Street NW in the District of Columbia the following morning.

4.      At approximately 9:00am on September 19, 2016, I arrived at 1250 I Street NW in the District of Columbia.  I was wearing blue jeans and a baseball cap.  Upon arriving, I parked my car on the northbound lane of 13th Street NW near the intersection with New York Avenue NW.  As I was parking my car, I noticed two black SUVs that were parked north of my car also on the northbound lane of 13th Street NW.

5.      After parking, I got out of my car and met Nina Lew, who gave me copies of the subpoena papers and photographs of Mr. Sassou Nguesso.  Nina told me that I needed to cover the main entrance of 1250 I Street NW, which is at the intersection of 13th and I Streets NW.

6.      Between approximately 9:10am and 10:30am, I positioned myself on the I Street side of 1250 I Street NW so that I could view events occurring within the main lobby.  Every fifteen to twenty minutes I walked back and forth between the I Street side of the main entrance of 1250 I Street NW and the bus stop located on the 13th Street side of the main entrance.  During this time, I continually observed people going in and out of the main lobby and witnessed a man and woman, both of whom I believed to be Congolese, enter the building.  The woman appeared to be wearing an orange and white patterned shirt and the man was in a dark suit.  Also during this time, I observed two men standing outside the building next to the black SUVs parked on 13th Street NW.  Because they kept getting in and out of the SUVs, I believe that they were the drivers.

7.      At approximately 10:30am, I parked my car on I Street NW, at the intersection of 13th and I Streets NW, so that I could stay in my car and have a clear view of the main entrance.  Between 10:30am and 11:15am, I remained in my car and did not observe anything.

8.      At approximately 11:15am, I observed Mr. Sassou Nguesso, two or three bodyguards, the man and the woman whom I had earlier observed entering the building, and a

man with a camera, all walking through the lobby towards the main entrance.  Mr. Sassou Nguesso was wearing a distinctive blue suit and I immediately recognized him from the photos that I was given.  I then stepped out of my car with the subpoena papers, which were stapled but otherwise loose.  As I was stepping out onto the sidewalk, Mr. Sassou Nguesso and his entourage exited the building from the main entrance by using the doors facing 13th Street NW.  After exiting the building, Mr. Sassou Nguesso and his entourage stopped and stood on the sidewalk at the corner of 13th and I Streets NW.  I observed Mr. Sassou Nguesso's bodyguards flagging the two black SUVs to come up 13th Street NW to the intersection.

      9.     At this point, Mr. Sassou Nguesso was still standing on the sidewalk, facing south down 13th Street.  His back was to me and he appeared to be posing for photographs or video.  I walked up towards the group, came within arm's length of Mr. Sassou Nguesso, and called out "Denis Nguesso."  Mr. Sassou Nguesso did not immediately respond or turn around.  While I waited for him to turn around, the two black SUVs drove up 13th Street NW to the intersection of 13th and I Streets NW.  I called out his name again and then Mr. Sassou Nguesso turned in my direction.  At that moment, I reached out my hand with the subpoena papers towards him and stated "this is a subpoena."  Mr. Sassou Nguesso looked at me but did not say anything.  I repeated "this is a subpoena."  At that moment, Mr. Sassou Nguesso began to turn away and I immediately placed the subpoena papers on his right arm and stated "this is a subpoena, you have been served."  I then turned around and returned to my car.  From the inside of my car I observed the subpoena papers lying on the ground and I saw the two SUVs idling on 13th Street NW.  I believe that Mr. Sassou Nguesso and his entourage had already gone inside the SUVs.

      10.     At 11:18am, I took two photographs of the white subpoena papers lying loose on the ground and I called Ms. Schaffer and notified her that I had served Mr. Sassou Nguesso.  Ms.

Schaffer requested that I meet with Timothy Wilson, an attorney with White & Case, to give him a statement of the service that I had effected.  At approximately 11:35am, I met with Mr. Wilson and gave him a brief statement regarding the day's events.  Immediately afterwards, I went to Ms. Schaffer's office in Gaithersburg, MD, where I recounted that morning's events to Ms. Schaffer and Nina Lew and delivered the signed certificate of service for the subpoena.

11. I have reviewed the declaration of Omar Arouna, dated October 27, 2016, submitted with Mr. Sassou Nguesso's opposition to Commisimpex's motion to compel.  Several of Mr. Arouna's statements are incorrect.  First, there was no "rain storm" when Mr. Sassou Nguesso exited the building and I do not recall observing anyone holding an umbrella over him.  Second, Mr. Sassou Nguesso was not "rushing" to get into the SUVs.  As I state above, Mr. Sassou Nguesso stopped and lingered on the sidewalk after he exited 1250 I Street NW and he even appeared to be posing for photographs or video.  Moreover, the SUVs were not at the curb when Mr. Sassou Nguesso exited the building but arrived only after his bodyguards flagged them down.  Third, no one prevented me from approaching Mr. Sassou Nguesso.  As I state above, I came within arm's reach of Mr. Sassou Nguesso, spoke his name twice and notified him that he was being served, and then laid the subpoena papers on his right arm.  Finally, the subpoena papers were not contained in any envelope or other container; in fact, there was no brown envelope.  As I state above, they were a stapled but otherwise loose bundle of white papers.  Attached hereto as Exhibit A are the photographs I took at 11:18am of the papers lying where Mr. Sassou Nguesso had dropped them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
      November 1, 2016

                                              Eugene J. Kassman