**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMISSIONS IMPORT EXPORT S.A.

*Petitioner*,

v.

REPUBLIC OF CONGO

*Respondent.*

Civil Action No. 1:13-cv-713-RJL

**DECLARATION OF RORY E. ADAMS**

I, Rory E. Adams, hereby declare as follows:

1. I am a member of the bar of this Court and an associate with the law firm of Manatt, Phelps & Phillips, LLP. I am over the age of 18 years and am competent to testify to the facts set forth in this declaration. I have personal knowledge of the facts set forth in this declaration, and they are true and correct.

2. On Monday, November 21, 2016, I accessed historical weather records for the month of September 2016 in the District of Columbia on the website of AccuWeather. A copy of those records is attached hereto as **Exhibit 1**.

3. On Monday, November 21, 2016, I accessed the CNN iReport article *Ambassador Omar Arouna: The right man at the right place.* at http://ireport.cnn.com/docs/DOC-1117974. A copy of the article is attached hereto as **Exhibit 2**.

4. On Monday, November 21, 2016, I accessed the AllGov article *Benin's Ambassador to the United States: Who is Omar Arouna?* at http://www.allgov.com/news/appointments-and-resignations/benins-ambassador-to-the-united-states-who-is-omar-arouna-141004?news=854420. A copy of the article is attached hereto as

**Exhibit 3.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 21st day of November 2016 in the District of Columbia.

Rory E. Adams

# EXHIBIT 1



World > North America > United States > District of Columbia > Washington

ENGLISH (US), °F

in partnership with FOX 5

Washington, DC

Follow us on

United States Weather | Washington, DC Local Weather 40°F | Personalized Forecasts: Cold & Flu

Now | Weekend | Extended | Month | Radar | MinuteCast® | Watch Videos

Special Weather Statement ...ELEVATED FIRE DANGER ...

August 2016 View: September 2016 October 2016

| Date | Hi/Lo | Precip | Snow | Forecast | Avg. HI / LO |
|---|---|---|---|---|---|
| Thu 9/1 | 83°/72° | 0.03 IN | 0 IN | | 84°/67° |
| Fri 9/2 | 81°/67° | 0 IN | 0 IN | | 84°/67° |
| Sat 9/3 | 82°/70° | 0 IN | 0 IN | | 84°/67° |
| Sun 9/4 | 83°/68° | 0 IN | 0 IN | | 84°/66° |
| Mon 9/5 | 88°/65° | 0 IN | 0 IN | | 83°/66° |
| Tue 9/6 | 94°/71° | 0 IN | 0 IN | | 83°/66° |
| Wed 9/7 | 94°/73° | 0.02 IN | 0 IN | | 83°/66° |
| Thu 9/8 | 98°/75° | 0 IN | 0 IN | | 82°/65° |
| Fri 9/9 | 96°/78° | 0 IN | 0 IN | | 82°/65° |
| Sat 9/10 | 95°/77° | 0 IN | 0 IN | | 82°/65° |
| Sun 9/11 | 86°/70° | 0 IN | 0 IN | | 81°/64° |
| Mon 9/12 | 86°/66° | 0 IN | 0 IN | | 81°/64° |
| Tue 9/13 | 89°/69° | 0 IN | 0 IN | | 81°/64° |
| Wed 9/14 | 95°/69° | 0 IN | 0 IN | | 80°/63° |
| Thu 9/15 | 77°/67° | 0 IN | 0 IN | | 80°/63° |



| Date | Hi/Lo | Precip | Snow | Forecast | Avg. HI / LO |
|---|---|---|---|---|---|
| Fri 9/16 | 79°/66° | 0 IN | 0 IN | | 80°/62° |
| Sat 9/17 | 83°/68° | 0 IN | 0 IN | | 79°/62° |
| Sun 9/18 | 89°/71° | 0 IN | 0 IN | | 79°/62° |
| Mon 9/19 | 78°/73° | 0.46 IN | 0 IN | | 78°/61° |
| Tue 9/20 | 80°/71° | 0 IN | 0 IN | | 78°/61° |
| Wed 9/21 | 82°/73° | 0 IN | 0 IN | | 78°/60° |
| Thu 9/22 | 87°/68° | 0 IN | 0 IN | | 77°/60° |
| Fri 9/23 | 90°/66° | 0 IN | 0 IN | | 77°/60° |
| Sat 9/24 | 77°/65° | 0 IN | 0 IN | | 76°/59° |
| Sun 9/25 | 75°/59° | 0 IN | 0 IN | | 76°/59° |
| Mon 9/26 | 71°/64° | 0.12 IN | 0 IN | | 76°/58° |
| Tue 9/27 | 77°/65° | 0.43 IN | 0 IN | | 75°/58° |
| Wed 9/28 | 71°/64° | 0.31 IN | 0 IN | | 75°/58° |
| Thu 9/29 | 70°/65° | 1.02 IN | 0 IN | | 74°/57° |
| Fri 9/30 | 66°/62° | 0.11 IN | 0 IN | | 74°/57° |

August 2016 October 2016

## Temperature Graph September 2016

| | Actual | Normal | Departure | Record |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| High | 83° | 80° | | 104° (1881) |
| Low | 69° | 62° | | 36° (1904) |
| Average | 76° | 71° | +5° | |
| Precip | 2.5 in | 3.72 in | -1.22 in | |
| Snow | 0 in | | | |

Browse our new online retail store, AccuWeatherStore.com, and order branded merchandise and gear for outdoor fun!
more >

AccuWeather Ready Sweepstakes
Site Specific Severe Weather Warnings

Nest Cam Outdoor
Security, rain or shine. Get two and save $50. Free shipping.
BUY NOW

**COMPANY**
About Us
Advertise With Us
Self-Serve Advertising
Careers
Press
Contact Us

**ENTERPRISE SOLUTIONS**
Media
Manufacturing
Retail
Finance & Banking
Energy
Forensic Weather Experts
All Enterprise Solutions

**APPS & DOWNLOADS**
iPhone App
Android App
Windows App
See all Apps & Downloads

**SUBSCRIPTION SERVICES**
AccuWeather Premium
AccuWeather Professional

© 2016 AccuWeather, Inc. All Rights Reserved. AccuWeather.com is a registered trademark of AccuWeather, Inc. Terms of usage under which this service is provided Privacy Statement | Ad Choices

# EXHIBIT 2

426 VIEWS | 1 COMMENTS | SHARES

**About this iReport**

- Not verified by CNN



Posted April 7, 2014 by **Friends2013**

Location
Washington D.C, District of Columbia

**More from Friends2013**


- DIASPORA USA: MEDIATIC OUTPUT OF AMBASSADOR OF BENIN H.E. OMAR AROUNA
- AMBASSADEUR OMAR AROUNA REÇU EN GRANDE POMPE PAR LE PRESIDENT BARACK OBAMA
- BENIN: A DEMOCRATIC LEADER IN AFRICA ACCORDING TO THE PRESIDENT BARACK OBAMA
- BENIN: LEADER EN MATIERE DE DEMOCRATIE EN AFRIQUE SELON LE PRESIDENT BARACK OBAMA
- U.S Secretary of State John Kerry called President YAYI Boni of Benin "a democratic leader in West Africa


# Ambassador Omar AROUNA: The right man at the right place.

By Friends2013 | Posted April 7, 2014 | Washington D.C, District of Columbia

BENIN - US COOPERATION : The new Ambassador of Benin to the United States and Mexico, Omar AROUNA reveals its ambitions

Newly appointed Extraordinary and Plenipotentiary Ambassador of Benin to the United States of America, Mexico and the Organization of American States, Omar Arouna intends to carry out activities beneficial to both countries.

"As Ambassador of Benin to the United States and Mexico, I will work to transform the Embassy of Benin in Washington post development which acts as a public relations agency and marketing of Benin to the United States," he said to the press last Saturday.


AdChoices

To do this, he believes that it is essential short term to install a proactive and anticipatory this embassy dynamic ; dispel negative perceptions of Benin to the United States and obtain the commitment of the Beninese diaspora in the United Unis. For him, it is a commitment to further strengthen bilateral relations between Benin and the United States. He then said he was ready to work with the citizens of Benin in this regard.

The new ambassador has not failed to clarify his conviction. " Beninese diplomats abroad are required to adapt to the rapid changes in diplomatic practice fueled by the change in international relations, the phenomenon of globalization and the successive crises," he said. Thus, Omar Arouna think not getting to vis- à-vis the requirements of a U.S. corporation whose "culture is marked by aggressiveness and where activism is often necessary to achieve certain goals."

Omar concluded that the new Beninese diplomat, through the means necessary to accomplish the mission to him by par the President of the Republic of Benin, Boni Yayi. After 20 years in aux USA, Omar has established himself and has easy inputs in the upper echelons of Washington decision.

As proof, he was involved in the presidential campaign alongside the candidate Barack Obama in the Democratic primaries and campaigned for him in several states, including Ohio, Pennsylvania and Maryland. He also worked on fundraising, registration on the electoral roll and mobilization campaign for new volunteers for the general election.

Shown below is Omar’s biography whose an exceptional man that has a great career thus far.

Omar Arouna is the Executive Vice President GOODWORKS INTERNATIONAL which is U.S. multinational founded by the former Chief of Staff of the Reverend Martin Luther King Jr. and civil right leader, Ambassador Andrew Young.

Within GoodWorks International, Mr. Arouna assists African governments in improving their relations and harmonization of national policies vis- vis the United States and provides American companies operating in Africa services, advice and strategic alliances for their operations.

It develops policies for development and economic analysis of the business interface with the U.S. government, ie, Congress and the White House on behalf of clients GoodWorks International and is responsible for the operation and staff of the company in Washington and Africa.

Before being recruited by Goodworks International in 2004, Mr. Aruna had served as CEO of Global Specialty Llc. A consulting firm in information technology and communication with the U.S. private sector and agencies U.S.

government access to technologies for the emerging markets of Africa.

Also, Omar Arouna had served as Director of Network Africare Inc., the largest private not-for- profit organization in the United States operating exclusively in Africa. Before that, he worked at the World Bank Group in Washington, where he was responsible for the network management system of the new information technology and communication units of the Department of General Services.

It should be noted that he studied at the University Cheikh Anta Diop of Dakar (Senegal) and American University in Washington DC (USA) and is an honorary lecturer and panelist on issues of business relations between the United States and Africa.
A.H.

## iReport 101

- Community Guidelines
- Terms of Use

## We are Everywhere

- Facebook
- Twitter
- Tumblr
- Flickr

## Get Help

- Contact Us
- Advertising Contacts

## Tools

- CNN Mobile apps

# EXHIBIT 3

# Benin's Ambassador to the United States: Who Is Omar Arouna?

Saturday, October 04, 2014

Tweet Like 4 Share reddit this!

Omar Arouna presented his credentials as Benin's ambassador to the United States to President Barack Obama on May 21, 2014. It's the first ambassadorial post for Arouna, who has lived and worked in the United States for about 20 years. In addition to the United States, Arouna is also Benin's representative to Mexico and the Organization of American States.

Arouna is the son of a former interior minister of what was then called Dahomey, and his brother was minister of labor and administrative services. Arouna graduated from Université Cheikh Anta Diop in Dakar, Senegal, with a Bachelor of Science degree in 1990.

Arouna's background isn't in diplomacy at all, but information technology. He was an IT officer for the World Bank beginning in 1994. Three years later, Arouna was named IT manager for Africare, a nonprofit organization that provides development aid in Africa. In 2001, he was named managing director for Global Specialty, a Washington IT consulting firm.

Arouna moved to Goodworks International Consulting, a firm partly founded by former U.N. Ambassador Andrew Young, in January 2007. Goodworks is a lobbying firm, many of whose clients have interests in the oil industry. Arouna represented the nation of Cameroon. He was promoted to executive vice president in January 2013. From October 2009 to November 2011, he was also a consultant with Opportunities Industrialization Center International (OIC), which promotes health, sanitation and food self-reliance in developing countries.

Arouna, a naturalized U.S. citizen, is married to Yolonda Richardson, who is executive vice president of global programs for the Campaign for Tobacco-Free Kids. They have two children.

-Steve Straehley

*To Learn More:*

- LinkedIn Profile
- Portrait d'un Africain bien introduit à Washington (French)

» **Comments** **more**

» **Leave a comment** **more**

Latest News

**National Security Advisor: Who Is Michael Flynn?**

**Oklahoma Town Sues 27 Energy Companies for Role in Destructive Earthquakes**

**As U.S. Hate Crimes Rise in Wake of Trump Win, Their Underreporting by Nation's Police Leaves FBI with Flawed Data**

**Widespread Abuse of Disabled Found in Illinois Taxpayer-Funded Group Homes**

**Surge in U.S. Traffic Deaths Blamed on New Cell Phone Tech Distractions**

Footer Menu

Copyright © 2016 AllGov.com. All rights reserved
Created by David Wallechinsky
Developed by IT Labs