UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

COMMISSIONS IMPORT EXPORT S.A.,

          *Petitioner,*

      v.

REPUBLIC OF THE CONGO,

          *Respondent.*

Civil Action No. 1:13-cv-713-RJL

---

**RESPONSE OF CHADBOURNE & PARKE LLP TO
MOTION TO COMPEL CALIXTE GANONGO
TO COMPLY WITH THE OCTOBER 5, 2016 SUBPOENA**

In response to the Motion to Compel Calixte Ganongo to Comply with the October 5, 2016 Subpoena [Dkt. No. 77] (the "Motion to Compel"), Chadbourne & Parke LLP ("Chadbourne"), which remains counsel of record in this action for Respondent Republic of the Congo (the "Congo") while its motion to be relieved as counsel of record [Dkt. No. 44] remains *sub judice*, states as follows:

1. Chadbourne does not and has never represented the non-party deponent Calixte Ganongo (the "Deponent").

2. Chadbourne has never had any communications with the Deponent.

3. On October 6, 2016, Chadbourne in its capacity as counsel of record to the Congo notified the Congo by e-mail about, and sent it a copy of, the Notice of Subpoena to Testify at a Deposition in a Civil Action pertaining to the Deponent [Dkt. No. 61] (the "Notice of Subpoena").

4. Chadbourne has not at any time had any information regarding whether or how the Deponent planned to or did respond to the deposition subpoena that allegedly was served upon him on October 5, 2016 (the "Deposition Subpoena"), until Chadbourne received electronic service of the Motion to Compel on December 21, 2016.

5. Chadbourne has never provided any advice to the Congo regarding whether or how the Deponent should respond to the Deposition Subpoena.

6. Chadbourne confirmed with the Congo, when it e-mailed a copy of the Notice of Subpoena to the Congo, that in view of the Congo's February 8, 2016 instruction to Chadbourne to cease all representation of the Congo in United States courts, Chadbourne would not be attending the Deponent's deposition, and the Congo did not instruct Chadbourne otherwise.

7. Chadbourne's role as counsel of record to the Congo did not require it to attend any deposition of the Deponent when the Congo did not seek to have Chadbourne do so, and accordingly no Chadbourne attorney appeared for the deposition of the Deponent on October 26, 2016.

8. On December 21, 2016, Chadbourne in its capacity as counsel of record to the Congo notified the Congo by e-mail about, and sent it a copy of, the Motion to Compel.

9. The Motion to Compel does not purport to seek any relief against the Congo, as opposed to the Deponent. The Congo has not directed Chadbourne to file any opposition to the Motion to Compel on the Congo's behalf, and accordingly Chadbourne has not done so.

10. Chadbourne files this response not to take any position on the Motion to Compel but rather solely to clarify for the Court Chadbourne's role or lack thereof relating to the events that are the subject of the Motion to Compel.

Dated:   January 4, 2017

Respectfully submitted,

CHADBOURNE & PARKE LLP


By       */s/ Robert A. Schwinger*
      Robert A. Schwinger (DC Bar ID # NY0092)
      A Member of the Firm
      Counsel of Record for Respondent
        Republic of the Congo
      1301 Avenue of the Americas
      New York, NY  10019
      (212) 408-5100
      rschwinger@chadbourne.com

**VERIFICATION**

I, ROBERT A. SCHWINGER, make this verification pursuant to 28 U.S.C. § 1746:

I am a member of the law firm of Chadbourne & Parke LLP, counsel of record for Respondent the Republic of the Congo in this Civil Action No. 1:13-cv-713-RJL. As such, I am fully familiar with the facts set forth herein. I make this verification on the basis of my personal knowledge and belief and from my review of documents prepared or received in the ordinary course of business. I have read the foregoing response and know the contents thereof, and hereby verify under penalty of perjury that the factual averments set forth therein are true and correct.

Executed in New York, New York, this 4th day of January, 2017.

*/s/ Robert A. Schwinger*
Robert A. Schwinger
