UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMISSIONS IMPORT EXPORT S.A., <br><br>*Petitioner*, <br><br>v. <br><br>REPUBLIC OF THE CONGO, <br><br>*Respondent*. | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:13-cv-713-RJL |

**[PROPOSED] ORDER GRANTING PETITIONER'S
MOTION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1610(c)**

Upon consideration of Petitioner Commissions Import Export S.A.'s Motion for an Order Pursuant to 28 U.S.C. § 1610(c), and any opposition and reply thereto, it is hereby

**ORDERED** that Petitioner's Motion is **GRANTED**;

**ORDERED** that a "reasonable period of time" under Section 1610(c) has elapsed since entry and notice of the Court's October 9, 2013 Amended Default Judgment; and

**ORDERED** that Petitioner may pursue all applicable methods of attachment or execution of Respondent's property to satisfy this Court's Amended Default Judgment.

**SO ORDERED.**

Entered this ___ day of _____, 2017.

_____
Hon. Richard J. Leon
Judge, U.S. District Court for the
District of Columbia

PARTIES AND ATTORNEYS TO BE NOTIFIED:

*Counsel for Petitioner*

Francis A. Vasquez, Jr. (DC Bar No. 442161)
Jonathan Ulrich (DC Bar No. 500832)
Nicolle Kownacki (DC Bar No. 1005627)
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com
julrich@whitecase.com
nkownacki@whitecase.com


*Respondent*

Ministre Basile Ikouébé
Ministre des Affaires Étrangères
Blvd. Alfred Raoul
BP 2070
Brazzaville, Republic of the Congo

Caisse Congolaise D'Amortissement
B.P. 2090 - Telex 5294 KG
Brazzaville, Republic of Congo

His Excellency, The State Minister of Finance,
Mr. Gilbert Ondongo
c/o Chamber of Commerce
Europe-Congo
Avenue-Général De Gaulle 34
1050 Brussels, Belgium

His Excellency Serge Mombouli
The Ambassador of the Republic of Congo
1720 16th Street, N.W.
Washington, DC 20009

2