## **CERTIFICATE OF SERVICE**

I, Francis A. Vasquez, Jr., hereby certify that I caused a copy of PETITIONER

COMMISSIONS IMPORT EXPORT S.A.'S MOTION FOR AN ORDER PURSUANT TO

28 U.S.C. § 1610(c) to be served on May 5, 2017, upon the following via DHL:

> Ministre Basile Ikouébé
> Ministre des Affaires Étrangères
> Blvd. Alfred Raoul
> BP 2070
> Brazzaville, Republic of the Congo
>
> Caisse Congolaise D'Amortissement
> B.P. 2090 - Telex 5294 KG
> Brazzaville, Republic of Congo
>
> His Excellency, The State Minister of Finance,
> Mr. Gilbert Ondongo
> c/o Chamber of Commerce
> Europe-Congo
> Avenue-Général De Gaulle 34
> 1050 Brussels. Belgium
>
> His Excellency Serge Mombouli
> The Ambassador of the Republic of Congo
> 1720 16th Street, N.W.
> Washington, DC 20009

Dated: Washington, DC
       May 5, 2017

                                        /s/ *Francis A. Vasquez, Jr.*
                                        Francis A. Vasquez, Jr.